UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re:<br>BALDWIN, Ricky, and<br>BALDWIN, Lorie Jean.<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | 20-bk-10009–JAL<br>Chapter 7 |
| In re:<br>MADDOX, Melissa Ann,<br><br>Debtor. | )<br>)<br>)<br>)<br>) | 20-bk-10037-JAL<br>Chapter 7 |
| In re:<br>LAWHORN, Jimmy Michael,<br><br>Debtor. | )<br>)<br>)<br>)<br>) | 20-bk-10048-JAL<br>Chapter 7 |
| In re:<br>HADLEY, Aaron Deon,<br>HADLEY, Emily Belle<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>) | 20-bk-10068-JAL<br>Chapter 7 |
| In re:<br><br>CARLTON, SHEILA<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | 20-bk-10088-JAL<br>Chapter 7 |
| In re:<br>OLLERY, Darrell Wayne,<br>OLLERY, Donna Kay,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | 20-10084-JAL<br>Chapter 7 |

| | | |
|---|---|---|
| In re:<br><br>BALDOCK, Gregory Ryan,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>) | 20-bk-10158-JAL<br>Chapter 7 |
| In re:<br><br>RAY, Robert Lloyd,<br>RAY, Sheila Lois,<br><br>    Debtors. | )<br>)<br>)<br>)<br>)<br>) | 20-bk-10211-JAL<br>Chapter 7 |
| In re:<br><br>THOMAS, Stephen, Allen,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>) | 20-bk-10207-JAL<br>Chapter 7 |
| In re:<br><br>JANES, Marilyn L.,<br><br>    Debtor | )<br>)<br>)<br>)<br>)<br>) | 20-bk-10225-JAL<br>Chapter 7 |

## RESPONSE TO ORDERS TO SHOW CAUSE

Harris and Harris, PSC ("Harris"), counsel to the above-referenced chapter 7 debtors, files this response to the Court's orders to show cause issued in each of the above-captioned cases. In each of the cases, the Court issued an order to show cause "for failure to disclose the post-petition balance due at the time of the filing of the Disclosure of Compensation."

Attached hereto as composite Exhibit A are the Disclosure of Compensation filed in each of the cases. While Harris admittedly overlooked filling out the blanks in paragraph 1 of each Disclosure, the narrative contained in paragraph 7 of each Disclosure not only describes the engagement structure but also divulges the balance of post-petition fees due at the time of the filing

2

of such Disclosure. Accordingly, Harris maintains that the disclosures, as filed, do not suffer from

the defect identified by the Court, and comply with the requirements of Section 329 of the Code.

RESPECTFULLY SUBMITTED this 28th day of July, 2020,

s/ Michael Harris
Michael Harris, Bar No.
Harris and Harris, PSC
204 Public Square
Columbia, KY 42728
Tel: (270) 384-2165
mikeharrislaw@gmail.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re _____  Case No. _____

_____ Debtor(s)  Chapter  7  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, Debtor has agreed to pay ........................................................................  $ _____ **0.00**

   Prior to the filing of this statement I have received ..............................................................  $ _____ **0.00**

   Balance Due ............................................................................................................................  $ _____ **0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor   ☐ Other (specify):   ☑ Not applicable

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7. Debtor and counsel have entered into two, separate fee agreements:

   a. The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules. Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

   b. The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $2,500.00. The second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the bankruptcy filing.

1. Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against

In re _____    Case No. _____

            Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing concerning Debtor(s).

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 23, 2019**
_____
*Date*

/s/ Michael L. Harris
**Michael L. Harris 81271**
*Signature of Attorney*
**Harris & Harris, PSC**
**204 Public Square**
**Columbia, KY 42728**
**(270) 384-2165  Fax: (270) 384-2167**
**laurahharris@earthlink.net**
*Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re _____   Case No. _____
                                    Debtor(s)          Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, Debtor has agreed to pay | $ | 0.00 |
    | Prior to the filing of this statement I have received | $ | 0.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    [✔] Debtor        [ ] Other (specify):

3.  The source of compensation to be paid to me is:

    [ ] Debtor        [ ] Other (specify):        [✔] Not applicable

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

7.  Debtor and counsel have entered into two, separate fee agreements:

    a.  The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about
        social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical
        matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules.
        Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

    b.  The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules
        of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first
        meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $2,500.00. The
        second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the
        bankruptcy filing.

1.  Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts
    receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon
    receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount
    owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments
    from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against

In re _____      Case No. _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing concerning Debtor(s).

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 23, 2019** | /s/ Michael L. Harris |
| *Date* | **Michael L. Harris 81271** |
| | *Signature of Attorney* |
| | **Harris & Harris, PSC** |
| | **204 Public Square** |
| | **Columbia, KY 42728** |
| | **(270) 384-2165  Fax: (270) 384-2167** |
| | **laurahharris@earthlink.net** |
| | *Name of law firm* |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re _____        Case No. _____

_____Debtor(s)                  Chapter      7         _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, Debtor has agreed to pay | $ | 0.00 |
    | Prior to the filing of this statement I have received | $ | 0.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ☐ Other (specify):        ☑ Not applicable

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
       reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
       522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

7.  Debtor and counsel have entered into two, separate fee agreements:

    a.  The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about
        social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical
        matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules.
        Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

    b.  The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules
        of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first
        meeting of creditors; and other services outlined in the fee agreement.  Counsel's fees under the second agreement are $2,500.00.  The
        second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the
        bankruptcy filing.

1.  Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts
    receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon
    receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount
    owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments
    from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against

In re _____          Case No. _____
                      Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing concerning Debtor(s).

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 28, 2020**                          /s/ Michael L. Harris
*Date*                                        **Michael L. Harris 81271**
                                              *Signature of Attorney*
                                              **Harris & Harris, PSC**
                                              **204 Public Square**
                                              **Columbia, KY 42728**
                                              **(270) 384-2165  Fax: (270) 384-2167**
                                              **laurahharris@earthlink.net**
                                              *Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Kentucky

In re  Aaron Deon Hadley and Emily Belle Hadley

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, Debtor has agreed to pay | $ 0.00 |
| Prior to the filing of this statement I have received | $ 0.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☐ Debtor    ☐ Other (specify):    ☑ Not applicable

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7.  Debtor and counsel have entered into two, separate fee agreements:

a.  The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules. Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

b.  The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $2,500.00. The second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the bankruptcy filing.

1.  Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against

In re _____   Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing concerning Debtor(s).

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__January 30, 2020__
*Date*

/s/ Michael L. Harris
**Michael L. Harris 81271**
*Signature of Attorney*
**Harris & Harris, PSC**
**204 Public Square**
**Columbia, KY 42728**
**(270) 384-2165  Fax: (270) 384-2167**
**laurahharris@earthlink.net**
*Name of law firm*

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

| | | | |
|---|---|---|---|
| In re | Sheila Joan Carlton | Case No. | 20-10088 |
| | Debtor(s) | Chapter | 7 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, Debtor has agreed to pay | $ | 0.00 |
    | Prior to the filing of this statement I have received | $ | 0.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☐ Debtor     ☐ Other (specify):     ☑ Not applicable

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7.  Debtor and counsel have entered into two, separate fee agreements:

    a.  The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules. Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

    b.  The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $2,500.00. The second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the bankruptcy filing.

1.  Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against

In re _____        Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing concerning Debtor(s).

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 5, 2020**
*Date*

        **Michael L. Harris 81271**
        *Signature of Attorney*
        **Harris & Harris, PSC**
        **204 Public Square**
        **Columbia, KY 42728**
        **(270) 384-2165  Fax: (270) 384-2167**
        **mikeharrislaw@gmail.com**
        *Name of law firm*

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Kentucky

| | | | | |
|---|---|---|---|---|
| In re | Darrell Wayne Ollery and Donna Kay Ollery | | Case No. | 20-10084 |
| | | Debtor(s) | Chapter | 7 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, Debtor has agreed to pay | $ | 0.00 |
   | Prior to the filing of this statement I have received | $ | 0.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☐ Other (specify):      ☑ Not applicable

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7. Debtor and counsel have entered into two, separate fee agreements:

   a. The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules. Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

   b. The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $2,500.00. The second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the bankruptcy filing.

1. Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against

In re _____          Case No. _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing concerning Debtor(s).

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 6, 2020**
_____
*Date*

           **Michael L. Harris 81271**
           *Signature of Attorney*
           **Harris & Harris, PSC**
           **204 Public Square**
           **Columbia, KY 42728**
           **(270) 384-2165  Fax: (270) 384-2167**
           **laurahharris@earthlink.net**
           *Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re   Gregory Ryan Baldock

Debtor(s)

Case No.   20-10158

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, Debtor has agreed to pay | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☐ Debtor      ☐ Other (specify):      ☑ Not applicable

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7.  Debtor and counsel have entered into two, separate fee agreements:

a.  The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules. Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

b.  The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $2,500.00. The second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the bankruptcy filing.

1.  Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments

In re _____                    Case No. _____
                 Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing concerning Debtor(s).

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 3, 2020**
*Date*

Michael L. Harris 81271
*Signature of Attorney*
**Harris & Harris, PSC**
**204 Public Square**
**Columbia, KY 42728**
**(270) 384-2165   Fax: (270) 384-2167**
**laurahharris@earthlink.net**
*Name of law firm*

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re    Robert Lloyd Ray and Sheila Loise Ray                            Case No.    20-10211

                                     Debtor(s)              Chapter     7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, Debtor has agreed to pay _____ $ _____ 0.00

     Prior to the filing of this statement I have received _____ $ _____ 0.00

     Balance Due _____ $ _____ 0.00

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☐ Debtor      ☐ Other (specify):      ☑ Not applicable

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7.   Debtor and counsel have entered into two, separate fee agreements:

     a.   The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules. Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

     b.   The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $2,500.00. The second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the bankruptcy filing.

1.   Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments

In re _____        Case No. _____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing concerning Debtor(s).

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**March 11, 2020**_____
*Date*

    **Michael L. Harris 81271**
*Signature of Attorney*
**Harris & Harris, PSC
204 Public Square
Columbia, KY 42728
(270) 384-2165  Fax: (270) 384-2167
laurahharris@earthlink.net**
*Name of law firm*

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re   Stephen Allen Thomas _____      Case No.   20-10207 _____
_____      Chapter   7 _____
                           ٬ Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, Debtor has agreed to pay ...........................................      $ _____ **0.00**

    Prior to the filing of this statement I have received ...............................      $ _____ **0.00**

    Balance Due ..............................................................................................      $ _____ **0.00**

2.  The source of the compensation paid to me was:
    ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:
    ☐ Debtor      ☐ Other (specify):      ☑ Not applicable

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
        copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

7.  Debtor and counsel have entered into two, separate fee agreements:

    a.  The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about
        social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical
        matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules.
        Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

    b.  The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules
        of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first
        meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $2,500.00. The
        second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the
        bankruptcy filing.

1.  Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts
    receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon
    receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount
    owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments
    from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against

In re _____     Case No. _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited
sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing
concerning Debtor(s).

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 11, 2020**
_____
*Date*

Michael L. Harris 81271
*Signature of Attorney*
**Harris & Harris, PSC**
**204 Public Square**
**Columbia, KY 42728**
**(270) 384-2165  Fax: (270) 384-2167**
**laurahharris@earthlink.net**
*Name of law firm*

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re   Marilyn L. Janes _____      Case No.   20-10225 _____
_____      Chapter    7 _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, Debtor has agreed to pay | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☐ Debtor        ☐ Other (specify):        ☑ Not applicable

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

7.   Debtor and counsel have entered into two, separate fee agreements:

     a. The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about
        social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical
        matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules.
        Counsel's fees under the first agreement were $0, of which $0 was paid and the balance (if any) was waived by counsel.

     b. The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules
        of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first
        meeting of creditors; and other services outlined in the fee agreement.  Counsel's fees under the second agreement are $2,500.00.  The
        second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the
        bankruptcy filing.

1.   Counsel has a recourse line of credit from a third-party lender secured by (among other things) a collateral assignment of the accounts
     receivable of counsel, including amounts owed by Debtor(s) to counsel. Counsel's obligation to repay this indebtedness is not contingent upon
     receipt of payment from Debtor(s). Counsel may draw upon the line of credit based upon the value of accounts receivable, including the amount
     owed by Debtor(s) to counsel. The lender also provides payment management and processing services and will collect installment payments

In re _____      Case No. _____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

from Debtor(s) as well as any third-party guarantor (if applicable) on behalf of counsel. Lender will apply amounts paid by Debtor(s) against counsel's indebtedness to Lender. Counsel has fully informed Debtor(s) and obtained consent to the collateral assignment and to a limited sharing of information with lender concerning Debtor(s) to facilitate counsel's financing and lender's payment management and processing concerning Debtor(s).

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 16, 2020**
*Date*

**Michael L. Harris 81271**
*Signature of Attorney*
**Harris & Harris, PSC**
**204 Public Square**
**Columbia, KY 42728**
**(270) 384-2165  Fax: (270) 384-2167**
**laurahharris@earthlink.net**
*Name of law firm*

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| IN RE: | RICKY AND LORIE BALDWIN | CASE NO. 20 - 10009 |
|---|---|---|
| | MELISSA MADDOX | CASE NO. 20 - 10037 |
| | JIMMY LAWHORN | CASE NO. 20 - 10048 |
| | AARON AND EMILY HADLEY | CASE NO. 20 - 10068 |
| | SHEILA CARLTON | CASE NO. 20 - 10088 |
| | DARRELL AND DONNA OLLERY | CASE NO. 20 - 10084 |
| | GREGORY BALDOCK | CASE NO. 20 - 10158 |
| | ROBERT AND SHEILA RAY | CASE NO. 20 - 10211 |
| | STEPHEN THOMAS | CASE NO. 20 - 10207 |
| | MARILYN JANES | CASE NO. 20 - 10225 |

\*   \*   \*   \*   \*   \*

### *CERTIFICATE OF SERVICE OF*
### *RESPONSE TO ORDERS TO SHOW CAUSE*

\*   \*   \*   \*   \*   \*

It is hereby certified that I have electronically filed the Response to Orders to Show Cause and this Certificate through the ECF system, which will send a notice of electronic filing to Mark H. Flener and Jerry Burns, Chapter 7 Trustees, and that I mailed a copy of said Response and Certificate to all scheduled creditors in each of the above named cases on the 28th day of July, 2020.

        /S/ MICHAEL L. HARRIS
        MICHAEL L. HARRIS

N38145