UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

IN RE:   RICKY BALDWIN AND                                    CASE NO. 20 - 10009
         LORIE BALDWIN

\* \* \* \* \* \*

## *NOTICE OF FILING OF FRESH START CONTRACTS*

\* \* \* \* \* \*

It is hereby certified that I have electronically filed this Notice of Filing of the Fresh Start Funding Contracts as listed below through the ECF system, which will send a notice of electronic filing to Jerry Burns and Mark H. Flener, Trustees, on the 17th day of August, 2020.

| | |
|---|---|
| Contract dated August 22, 2019 | Exhibit "A" |
| Contract Amendment dated April 11, 2020 | Exhibit "B" |
| Ricky Baldwin Agreements | Exhibit "C" |
| Melissa Maddox Agreements | Exhibit "D" |
| Jimmy Lawhorn Agreements | Exhibit "E" |
| Aaron Hadley Agreements | Exhibit "F" |
| Darrell Ollery Agreements | Exhibit "G" |
| Sheila Carlton Agreements | Exhibit "H" |
| Gregory Baldock Agreements | Exhibit "I" |
| Stephen Thomas Agreements | Exhibit "J" |
| Robert Ray Agreements | Exhibit "K" |
| Marilyn Janes Agreements | Exhibit "L" |

/S/ MICHAEL L. HARRIS
MICHAEL L. HARRIS

N38202