UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RICKY BALDWIN and | ) | CASE NOS.   20-10009(1)(7) |
| LORIE JEAN BALDWIN | ) | |
| MELISSA ANN MADDOX | ) | 20-10037(1)(7) |
| JIMMY MICHAEL LAWHORN | ) | 20-10048(1)(7) |
| AARON DEON HADLEY and | ) | 20-10068(1)(7) |
| EMILY BELLE HADLEY | ) | |
| DARRELL WAYNE OLLERY and | ) | 20-10084(1)(7) |
| DONNA KAY OLLERY | ) | |
| SHEILA JOAN CARLTON | ) | 20-10088(1)(7) |
| GREGORY RYAN BALDOCK | ) | 20-10158(1)(7) |
| STEPHEN ALLEN THOMAS | ) | 20-10207(1)(7) |
| ROBERT LLOYD RAY and | ) | 20-10211(1)(7) |
| SHEILA LOIS RAY | ) | |
| MARILYN L. JANES | ) | 20-10225(1)(7) |
| | ) | |
| Debtor(s) | ) | |

**<u>AMENDED ORDER</u>**

This matter is before the Court *sua sponte* regarding the Order entered herein on August 18, 2020, granting Debtors' Motion to Restrict Public Viewing of the Freshstart Funding Contracts between the Debtors herein, Freshstart Funding and attorney Michael Harris in each of the above referenced cases.  Mr. Harris filed the Freshstart Funding Contracts under seal in each of the above referenced cases pursuant to the Court's Order on the basis that the Contracts contained social security numbers of the Debtors.

The Court now having reviewed the Contracts filed by Mr. Harris under seal and being duly advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Order entered herein on August 18, 2020 is amended as follows:  Debtors' counsel and Freshstart requested this Court to approve the Contracts in these Chapter 7 cases.  While both Mr. Harris and Freshstart argued that the public has no right to see said Contracts, the Court disagrees.  Bankruptcy filings and fees charged by counsel are almost exclusively "public" matters.  Neither Mr. Harris or Freshstart have presented a protected proprietary interest in these legal Contracts or seriously argued that they should be withheld from public viewing.  Therefore, counsel is directed to redact all private identifying information of the Debtors, such as social security numbers and banking account information, from these documents and file the redacted documents in each of the above referenced cases within ten (10) days of the date of this Order.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States Trustee's Office is to review the legal Contract and the Freshstart Funding Contract in each of these cases once they are filed of record, as well as those filed in 20-30066, in which unrestricted documents were filed of record prior to this Order, and then is to file a memorandum regarding the U.S. Trustee's position regarding the ethical obligations of Debtors' attorneys under Chapter 7 with respect to the Freshstart Funding Contracts within thirty (30) days of the date that the unredacted Contracts are filed with the Court.

                                                   Joan A. Lloyd
                                                   United States Bankruptcy Judge
                                                           Dated:  September 3, 2020