*Darrell & Donna Ollery*

# Chapter 7 Bankruptcy Pre-Petition Services Agreement

This agreement confirms our understanding of 1) the legal representation to be provided me by Harris and Harris PSC (hereinafter "Law Firm") and its attorneys, contractors and employees, 2) the scope of representation, and 3) the agreed upon terms of engagement:

1.   Payment and Filing Options.  I have been given two options:

   a) pay the entire cost of the legal fees and costs relating to my bankruptcy prior to the filing of my case, which would involve a total legal fee of $ _1650.00_, or

   b) have my legal services split into two contracts for pre-petition and post-petition services which will allow me to have my case filed for $ _0_ paid before it is filed and make payments for post-petition services after my case is filed.  I have elected to split my case because I cannot or do not want to pay such fees and costs prior to having my case filed. I understand there are risks if I do not retain counsel for the post-petition services which are described below.

I acknowledge and agree that bifurcating my case creates additional work, costs and risks for the Law Firm and that this results in the Law Firm charging me an additional fee of $ _2500.00_ that I would not have had to pay if I paid the filing fees and costs of my Bankruptcy prior to the case being filed.

2.   Pre-Petition Services.  I understand that under this first pre-petition agreement, the Law Firm will only perform the following pre-petition bankruptcy services: (1) meeting and consulting with me as needed prior to filing the case; (2) analyzing the information from my client questionnaire and other documents; (3) performing such due diligence, legal analysis and legal advisement as is typically provided pre-petition and as necessary to comply with applicable bankruptcy and ethical rules;  and (4) preparing and filing of a Chapter 7 Voluntary Petition, Statement About Social Security Numbers, Pre-filing Credit Counseling Certificate and List of Creditors.  I understand that once my bankruptcy is filed, I will not be legally obligated to pay any fees for pre-petition services to the Law Firm.  If any pre-petition fees are owed to the Law Firm and not paid as of the filing of the bankruptcy case, they will be discharged in the bankruptcy and may not be collected by the Law Firm or its assignees.

3.   Bankruptcy Filing Fee Options.  The Bankruptcy Court requires that I pay $335 to the Bankruptcy Court as a filing fee.  If the fee is not paid my bankruptcy case will be dismissed and my debts will not be discharged.  I have been presented two options regarding the filing fee, and I elect to (select one):

_____ Pay this cost prior to the filing of my case; OR

__✓__ After the case is filed, I may enter into the post-petition services agreement described below in which case the Law Firm will advance the $335 filing fee and I will repay the Law Firm in accordance with the agreement.

4.   Post-Petition Options. This contract contemplates that the Law Firm will provide only the services described above and that the Law Firm's contractual responsibilities under this agreement will end upon completion of the filing of my bankruptcy case.  Nevertheless, the Law Firm will remain

**EXHIBIT** _G_

professionally obligated to serve as counsel for me in the case until and unless the Bankruptcy Court allows the Law Firm to formally withdraw. I understand that there remains important post-petition legal work necessary to finish my bankruptcy case and receive a discharge, that much of the work must be completed within 14 days from the filing of the petition, and that if the work is not completed my case will be dismissed and I will not receive a discharge of my debts. After my bankruptcy case is filed, I have three options regarding post-petition work necessary to complete my case:

(a)     I may retain the Law Firm to represent me in the post-petition proceedings in my case. A copy of the proposed post-petition agreement has been made available for me to review, and my payment obligation in the post-petition agreement will not be discharged. If I enter into the post-petition agreement I will be required to pay attorney fees and costs in the amount of $2500.00 which will be paid in ___ weekly, ___ bi-weekly, _✓_ monthly, or ___ semi-monthly installments of $ 208.33 until paid in full for the Law Firm to represent me in the post-petition proceedings in my bankruptcy case. The post-petition services the Law Firm will perform include:

- Preparing and filing of my Statement of Financial Affairs and Schedules;
- Preparing and filing of my Means Test calculations and disclosures;
- Conducting a second signing appointment to review and sign the statements and schedules;
- Noticing my employer with a [Stop Notice Action] to stop any garnishment;
- Preparing for and attending my Section 341 Meeting of Creditors;
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising for any motions for stay relief;
- Reviewing and advising for any redemption agreements;
- Reviewing and advising for any reaffirmation agreements and attending any hearings;
- Representing in connection with any 2004 exams;
- Drafting and filing motions to reinstate the case;
- Administrating and monitoring the case;
- Reviewing and responding to Trustee requests;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Preparing and filing motions to reopen (if necessary); and
- Reviewing and advising regarding any creditor violations.

- **Post-Petition services will not include adversaries, dischargeability actions or other contested matters.**

(b)     I may seek to retain other legal counsel; OR

(c)     I may proceed without legal representation (pro se). Although I am not prohibited from proceeding pro se, I recognize that choosing this option will result in me proceeding without any legal representation for important and complicated portions of my bankruptcy case. I acknowledge that if I proceed pro se, there may be complicated legal issues that if not handled properly could risk dismissal of my case which means my debts will not be discharged.

I have ten (10) days from the date my bankruptcy case is filed to retain the Law Firm for the post-petition services in this case, and I understand that the Law Firm is committed to entering into the second contract if I decide to do so. If I do not formally retain the Law Firm within that period, then the Law Firm may file a motion to withdraw as my attorney but will continue to represent me until such time when the Court enters an order authorizing the Law Firm to withdraw as my attorney in the bankruptcy case.

I understand that the Law Firm entered into a financing arrangement and utilizes a line of credit from Fresh Start Funding LLC (the "Lender") and that no lawyers in the Law Firm have a financial interest in Lender. As part of the Law Firm's financing arrangement, the Law Firm may collaterally assign the account receivable associated with any post-petition engagement to the Lender. I acknowledge and agree that in the event of any such collateral assignment, (1) the services provided by Lender include the management and collection of any post-petition payments and reporting of my payments to one or more credit reporting agencies, (2) I will allow the Lender to collect my payments on behalf of the Law Firm pursuant to a mutually agreeable payment authorization form, (3) I authorize the Law Firm to provide to the Lender copies of this retainer, the payment authorization, pay stubs, bank account statements and my personal information reasonably necessary for the underwriting, collateral assignment, management and collection of such payments, (4) in no event will the Law Firm share my entire file or any attorney-client privileged information with the Lender, (5) the Law Firm will remain responsible for all aspects of the attorney-client relationship including resolving fee disputes and providing all legal services, (6) the Lender will not direct the legal representation of me by the Law Firm, and (7) even if my expenses exceed my income as shown in the bankruptcy statements and schedules, I believe that I am able to make the payments contemplated by this agreement.

5.    <u>Conflict of Interest</u>. Because the Law Firm is filing your case in hopes that you will sign a post-petition agreement, it may create a conflict of interest between you and the Law Firm since executing the post-petition agreement may not be in your best interest. For example, if you enter into the post-petition fee agreement you will be contractually obligated to make post-petition payments that will not be discharged in your bankruptcy. Furthermore, if the Law Firm obtains financing from the Lender and collaterally assigns your payment obligations to the Lender, the Lender will advance funds under its line of credit to the Law Firm based on the amount of the payments you owe the Law Firm, which may place the Law Firm in conflict with you since the Firm expects to receive payments from you in order to pay the Lender. If you do not enter into the post-petition agreement the Law Firm may file a motion to withdraw from the case which creates a conflict of interest if you do not want the Law Firm to withdraw. In addition, because of the complexity of $0 or low-down bankruptcy filings, the proposed financing through the Lender, the collateral assignment of payments to the Lender and the numerous bankruptcy and ethical rules applicable to the situation, there could be additional conflicts of interests that are not disclosed in this Agreement. Furthermore, if in our opinion a non-waivable conflict should arise during our representation of you, we will be required to withdraw from your case and you would need to retain separate legal counsel and incur additional legal fees. To confirm your understanding and agreement to give your informed consent to waive these actual or potential conflicts of interest, we request that you execute this Agreement below. We suggest that you have the terms of this waiver of conflict of interest

3

reviewed by separate counsel. By your signature, you (1) acknowledge our disclosure and your understanding of the conflict, (2) represent that you have had an opportunity to obtain independent legal counsel to advise you with respect to the above-referenced matter, and (3) are giving your informed consent to waive the conflicts described above.

[Add such other provisions as are commonly used in your district. Many state and local bars offer form fee agreements that contain recommended provisions on such topics as fee arbitration, document retention, whether a flat fee is fully earned upon receipt and whether a flat fee must be deposited in your trust account. You should also consider the following provisions for your fee agreements:]

6. <u>Excluded Services</u>. We do not represent you in any municipal, criminal, state court, or department of motor vehicle matters, or any adversaries or dischargeability actions. We also have not undertaken to advise you regarding tax or accounting matters, including whether your tax debts are dischargeable or whether you should delay your Bankruptcy in order to discharge tax debts, and we recommend you consult with a tax specialist about any tax matters such as whether tax debts are dischargeable in your Bankruptcy. We also will not to take any actions to try and discharge any student loans. If any of the matters not covered by our agreements should arise, you will have to represent yourself pro se or find a new attorney to represent you in such matters which will cause you to have to pay additional attorney fees.

7. <u>Chapter 13</u>. After further analysis and review of your financial situation, it may be determined that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. It is understood that a Chapter 13 Bankruptcy is more involved and will necessitate additional costs and fees not covered by this agreement. If a Chapter 13 filing is decided upon or your case must be converted to a Chapter 13, costs and fees will be readdressed at that time.

8. <u>Your Responsibilities</u>. It is understood and agreed upon that I will: (1) provide the Law Firm with such factual information and documents as are required to perform its legal services, (2) complete two mandatory credit counseling courses, (3) pay a $335.00 filing fee directly to the Court (unless I make arrangements in advance to pay the filing fee to the Law Firm prior to filing the case or enter into a post-petition agreement providing that the Law Firm will pay the filing fee), (4) provide to the Trustee all requested documents (including documents requested at the 341 hearing), information and non-exempt assets, and comply with any Trustee demands or Court orders, (5) attend the required 341 creditor hearing on the scheduled date with my social security card and photo ID, and (6) attend any subsequent hearings and 2004 examinations.

I acknowledge and understand by signing this agreement that (1) debts will not be discharged if a creditor proves that I lied about assets or concealed, destroyed, or transferred any property in violation of Bankruptcy Code Section 523 and/or 727, and (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under Bankruptcy Code Section 727 by a creditor, trustee or Court may result in the denial of discharge of debt, dismissal of the case and other sanctions and penalties either monetary or non-monetary.

Please note, the fees are agreed upon based on the assumption and necessity that you will provide detailed financial information needed by the Law Firm to prepare your bankruptcy schedules. The Law Firm is not responsible for collecting such information from your files or directly from your creditors. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with the correct address. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your 341 meeting of creditors with the Trustee.

9.    Credit Reports.  In order to ensure that all of my creditors are listed in my Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, I authorize the Law Firm to obtain such credit reports.

10.    Credit Cards and Non-Dischargeable Debts. It is understood and agreed that from this point forward, nothing is to be charged to any of your credit cards and no additional debt is to be incurred by you without consultation with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by the debtor's operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

11.    Reliance Upon Information Provided. Because the Law Firm depends on your candor regarding your assets, debts and financial history, you must agree that you have disclosed all pertinent information concerning property in which you have an ownership interest, and outstanding liabilities (secured or unsecured) and any other information regarding your financial affairs.

12.    No Right of Dismissal of My Case. Undersigned agrees and understands that once a chapter 7 has been filed with the federal bankruptcy court, you may not be able to voluntarily dismiss your case.

13.    Arbitration of Fee Disputes. If a dispute arises between you and us regarding our fees, the parties agree to resolve that dispute through the State Bar's Fee Arbitration Program.  Either party may initiate fee arbitration by contacting the State Bar.

14.    Electronic Data. I authorize the Law Firm to communicate with me via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about my case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. I agree to check my e-mail regularly for important

5

communications relating to my case. I agree that third parties (e.g., employers or family members) do not have access to my e-mail, voicemail and text messages, and that I can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that I am receiving and reviewing my e-mails at that email address unless I alert the Law Firm to an issue or a new email address. I will check my junk and spam folders to make sure my e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

15.     File Retention. I understand that the Law Firm will retain my client file for five years. Following such time period, copies of my bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

16.     Trustee. I acknowledge and understand that (1) the court will appoint a chapter 7 trustee for my case that will have various duties and rights including the duty to investigate my financial affairs including the value of my assets, and the right to liquidate non-exempt assets for the payment of my creditors, and (2) I have a duty to cooperate with the chapter 7 trustee.

17.     No Advice Regarding This Fee Agreement. The Law Firm is not acting as my counsel with respect to this agreement. The Law Firm has recommended that I consult with independent legal counsel of my choice to be advised on whether I should enter into this agreement.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

I/WE ACKNOWLEDGE THAT I/WE HAVE READ THE ABOVE AGREEMENT BEFORE SIGNING IT. I/WE FURTHER ACKNOWLEDGE THAT THE LAW FIRM HAS ANSWERED ANY QUESTIONS I/WE HAVE ABOUT THE TWO CONTRACTS, LIMITED SERVICE REPRESENTATION ARRANGEMENT OF THE FIRST CONTRACT, FINANCING AND COLLATERAL ASSIGNMENT ARRANGEMENT AND THE CONFLICT OF INTEREST MATTERS DESCRIBED ABOVE.

_Darrell Ollery_   1-27-2020 4:05 PM cst        _Donna Ollery_   1-27-2020 4:05 PM CST
Client                Dated                      Client                Dated

_[signature]_   1/27/2020 4:05 pm cst
Attorney          Dated

*Ollery Donna* (handwritten)

# Chapter 7 Bankruptcy Post-Petition Services Agreement

This contract will confirm my understanding of the legal representation to be provided to me by Harris and Harris PSC (hereinafter "Law Firm") and its attorneys, contractors and employees; the scope of representation, and the agreed upon terms of engagement.

I have been advised that I am not obligated to sign this agreement for legal services and that I may consult with another attorney as to whether I should do so. I further have been advised that I may choose to retain another attorney apart from the Law Firm OR proceed without legal representation (though the Law Firm will continue to represent me until such time when the court enters an order authorizing the Law Firm to withdraw as my attorney in the bankruptcy case).

1. <u>Scope of Engagement</u>. Notwithstanding the foregoing disclosures, I agree to the following:

I hereby retain the Law Firm to represent my legal interests in the post-petition proceedings of my bankruptcy case filed under Chapter 7 of the United States Bankruptcy Code. I promise to pay attorney fees and costs in the amount of $ 2,500 .00 which will be paid in ___ weekly, ___ bi-weekly, ✓ monthly, or ___ semi-monthly installments of $ 208.33 until paid in full as a non-refundable, flat fee for the Law Firm to represent me, which representation includes the following post-petition services:

- Preparing and filing of my Statement of Financial Affairs and Schedules;
- Preparing and filing of my Means Test calculations and disclosures;
- Conducting a second signing appointment to review and sign the statements and schedules;
- Noticing my employer with a Stop Notice Action to stop any garnishment;
- Preparing for and attending my Section 341 Meeting of Creditors;
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising for any motions for stay relief;
- Reviewing and advising for any redemption agreements;
- Reviewing and advising for any reaffirmation agreements and attending any hearings;
- Representing in connection with any 2004 exams;
- Drafting and filing motions to reinstate the case;
- Administrating and monitoring the case;
- Reviewing and responding to Trustee requests;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Preparing and filing motions to reopen (if necessary); and
- Reviewing and advising regarding any creditor violations.
- Post-Petition services will not include adversaries, dischargeability actions or other contested matters.

I further understand and agree that additional professional legal services will result in additional fees that are due to the Law Firm as described above. I acknowledge and agree that because this agreement

1

9

was entered into after the bankruptcy petition was filed and all the fees are for post-petition services, they are not dischargeable in my Chapter 7 case. In the event of nonpayment of the agreed-upon fees, the Law Firm or a third party may commence legal proceedings for collection. I agree to submit to the personal jurisdiction of the _Kentucky_ state courts with respect to such action, and _Kentucky_ law will apply. If such collection procedures shall become necessary, I agree to pay all reasonable costs of such collection, including reasonable attorney fees.

I understand that the Law Firm entered into a financing arrangement and utilizes a line of credit from Fresh Start Funding LLC (the "Lender") and that no lawyers in the Law Firm have a financial interest in Lender. As part of the Law Firm's financing arrangement, the Law Firm may assign the account receivable associated with my engagement to the Lender. I acknowledge and agree that in the event of any such assignment, (1) the services provided by Lender include the management and collection of my payments hereunder and reporting of my payments to one or more credit reporting agencies, (2) I will allow the Lender to collect my payments on behalf of the Law Firm pursuant to a mutually agreeable payment authorization form, (3) I authorize the Law Firm to provide to the Lender copies of this retainer, the payment authorization, pay stubs, bank account statements and my personal information reasonably necessary for the assignment, management and collection of such payments, (4) in no event will the Law Firm share my entire file or any attorney-client privileged information with the Lender, (5) the Law Firm will remain responsible for all aspects of the attorney-client relationship including resolving fee disputes and providing all legal services, (6) the Lender will not direct the legal representation of me by the Law Firm, and (7) even if my expenses exceed my income as shown in the bankruptcy statements and schedules, I believe that I am able to make the payments contemplated by this agreement.

2.    Conflict of Interest. Because the Law Firm is filing your case in hopes that you would sign a post-petition agreement, it may create a conflict of interest between you and the Law Firm since executing the post-petition agreement may not be in your best interest. For example, if you enter into this post-petition fee agreement you will be contractually obligated to make post-petition payments that will not be discharged in your bankruptcy. Furthermore, if the Law Firm obtains financing from the Lender and assigns your payment obligations to the Lender, the Lender will advance funds under its line of credit to the Law Firm based on the amount of the payments you owe the Law Firm, which may place the Law Firm in conflict with you since the Firm expects to receive payments from you in order to pay the Lender. If you do not enter into this post-petition agreement the Law Firm may file a motion to withdraw from the case which creates a conflict of interest if you do not want the Law Firm to withdraw. In addition, because of the complexity of $0 or low-down bankruptcy filings, the proposed financing through the Lender, the assignment of payments to the Lender and the numerous bankruptcy and ethical rules applicable to the situation, there could be additional conflicts of interests that are not disclosed in this Agreement. Furthermore, if in our opinion a non-waivable conflict should arise during our representation of you, we will be required to withdraw from your case and you would need to retain separate legal counsel and incur additional legal fees. To confirm your understanding and agreement to give your informed consent to waive these actual or potential conflicts of interest, we request that you execute this Agreement below. We suggest that you have the terms of this waiver of conflict of interest reviewed by separate counsel. By your signature, you (1) acknowledge our disclosure and your

2

understanding of the conflict, (2) represent that you have had an opportunity to obtain independent legal counsel to advise you with respect to the above-referenced matter, and (3) are giving your informed consent to waive the conflicts described above.

[Add such other provisions as are commonly used in your district. Many state and local bars offer form fee agreements that contain recommended provisions on such topics as fee arbitration, document retention, whether a flat fee is fully earned upon receipt and whether a flat fee must be deposited in your trust account. You should also consider the following provisions for your fee agreements:]

3.      Excluded Services. We do not represent you in any municipal, criminal, state court, or department of motor vehicle matters, or any adversaries or dischargeability actions. We also have not undertaken to advise you regarding tax or accounting matters, including whether your tax debts are dischargeable or whether you should delay your Bankruptcy in order to discharge tax debts, and we recommend you consult with a tax specialist about any tax matters such as whether tax debts are dischargeable in your Bankruptcy. We also will not to take any actions to try and discharge any student loans. If any of the matters not covered by our agreement should arise, you will have to represent yourself pro se or find a new attorney to represent you in such matters which will cause you to have to pay additional attorney fees.

4.      Chapter 13. After further analysis and review of your financial situation, it may be determined that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. It is understood that a Chapter 13 Bankruptcy is more involved and will necessitate additional costs and fees not covered by this agreement. If a Chapter 13 filing is decided upon or your case must be converted to a Chapter 13, costs and fees will be readdressed at that time.

5.      Your Responsibilities. It is understood and agreed upon that I will: (1) provide the Law Firm with such factual information and documents as are required to perform its legal services, (2) complete two mandatory credit counseling courses, (3) pay a $335.00 filing fee directly to the Court (unless I make arrangements in advance to pay the filing fee to the Law Firm prior to filing the case or enter into a post-petition agreement providing that the Law Firm will pay the filing fee), (4) provide to the Trustee all requested documents (including documents requested at the 341 hearing), information and non-exempt assets, and comply with any Trustee demands or Court orders, (5) attend the required 341 creditor hearing on the scheduled date with my social security card and photo ID, and (6) attend any subsequent hearings and 2004 examinations.

Please note, the fees are agreed upon based on the assumption and necessity that you will provide detailed financial information needed by the Law Firm to prepare your bankruptcy schedules. The Law Firm is not responsible for collecting such information from your files or directly from your creditors. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with the correct address. If you

wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your 341 meeting of creditors with the Trustee.

6. <u>Credit Cards and Non-Dischargeable Debts.</u> It is understood and agreed that from this point forward, nothing is to be charged to any of your credit cards and no additional debt is to be incurred by you without consultation with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans; most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by the debtor's operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

7. <u>Reliance Upon Information Provided.</u> Because the Law Firm depends on your candor regarding your assets, debts and financial history, you must agree that you have disclosed all pertinent information concerning property in which you have an ownership interest, and outstanding liabilities (secured or unsecured) and any other information regarding your financial affairs.

8. No <u>Right of Dismissal of My Case.</u> Undersigned agrees and understands that once a chapter 7 has been filed with the federal bankruptcy court, you may not be able to voluntarily dismiss your case.

9. <u>Arbitration of Fee Disputes.</u> If a dispute arises between you and us regarding our fees, the parties agree to resolve that dispute through the State Bar's Fee Arbitration Program. Either party may initiate fee arbitration by contacting the State Bar.10. <u>Electronic Data.</u> I authorize the Law Firm to communicate with me via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about my case. No form of communication is completely secure and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third party server. I agree to check my e-mail regularly for important communications relating to my case. I agree that third parties (e.g., employers or family members) do not have access to my e-mail, voicemail and text messages, and that I can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that I am receiving and reviewing my e-mails at that email address unless I alert the Law Firm to an issue or a new email address. I will check my junk and spam folders to make sure my e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

11. <u>No Advice Regarding This Fee Agreement.</u> The Law Firm is not acting as my counsel with respect to this agreement. The Law Firm has recommended that I consult with independent legal counsel of my choice to be advised on whether I should enter into this agreement.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

I/WE ACKNOWLEDGE THAT I/WE HAVE READ THE ABOVE AGREEMENT BEFORE SIGNING IT. I/WE FURTHER ACKNOWLEDGE THAT THE LAW FIRM HAS ANSWERED ANY QUESTIONS I/WE HAVE ABOUT THE TWO CONTRACTS, LIMITED SERVICE REPRESENTATION ARRANGEMENT OF THE FIRST CONTRACT, FINANCING AND ASSIGNMENT ARRANGEMENT AND THE CONFLICT OF INTEREST MATTERS DESCRIBED ABOVE.

_Darrell Ollery_ 1-27-2020 4:23 pm cst        _Donna Kay Ollery_ 1-27-20 4:23 pm cst
Client                    Dated              Client                    Dated

_[Attorney signature]_ 4/23/2020      4:23 pm cst
Attorney                  Dated

5

# RECURRING PAYMENT AUTHORIZATION & CONSENT

By signing below, the person or persons listed below as "Debtor" and/or "Co-Debtor" authorize and direct the Law Firm listed below and Fresh Start Funding ("FSF"), which is providing financing to the Law Firm, to debit the listed debit card and/or bank account until the Contract Amount listed below is paid in full. The Law Firm is relying upon this Agreement to perform legal services for the Debtor/Co-Debtor, and Fresh Start Funding is relying upon this Agreement to provide the Law Firm with financing. Debtor and/or Co-Debtor further authorize their depository institution to debit the same to their account:

Debtor/Co-Debtor Name(s): _Darrel Ollery and Donna Ollery_

Law Firm Name: _Harris and Harris psc_          Contract Amount: $ _2500.00_

## Payment Plan (pick only one)

☐ Weekly, every _____ (day of the week), starting on _____ / _____ / _____

☐ Bi-Weekly, every other _____ (day of the week), starting on _____ / _____ / _____

☐ Semi-Monthly, every _____ and _____ (dates of the month), starting on _____ / _____ / _____

☑ Monthly, every _4th_ (date of the month), starting on _02/04/2020_

## Debit Card & Bank Account Information (fill in all fields)

Name on Debit Card/Account: _Donna Ollery_

Debit Card No. _____

Card Expires: _____ (Month/Year)          CVV/CVC (3-digit code on back of card) _____

Billing Street Address: _183 Downey Lake Road_

City _Columbia_          State _KY_          Zip Code _42728_

Bank Name: _United Citizens Bank_          ☐ Checking   ☐ Savings

Account Number: _____          Routing Number: _____

## General Information (fill in all applicable fields)

Debtor's Email: _____          Debtor's Cell Phone: _(270) 378-2177_

Debtor's SSN: _____          Debtor's Date of Birth: _____

Co-Debtor's Email: _dollery2@gmail.com_          Co-Debtor's Cell Phone: _270 378-2144_

Co-Debtor's SSN: _____          Co-Debtor's Date of Birth: _____

I agree that the Law Firm may assign the payments due under this agreement to FSF as collateral for financing, and that FSF will collect the payments due hereunder. I authorize the Law Firm and FSF to communicate with me via mail, e-mail, text, and/or telephone. If a payment does not process for any reason, the payment may be re-attempted multiple times and on different dates until the payment clears, even if it means the end date of this payment contract will be extended. I agree that the Law Firm and FSF may accept and rely upon telephonic or electronic communications from me confirming modified payment terms. An additional $25.00 may be charged for each returned payment, which charge may be debited from my account separately from my regular recurring payment. I certify that I am an authorized user of this debit card and/or bank account.

SIGNATURE _Darrell Ollery_          DATE _1-27-2020_   _4:25 PM cst_

SIGNATURE _Donna Kay Ollery_          DATE _1-27-2020_   _4.25 pm CST_

*Shelia Carlton*

## Chapter 7 Bankruptcy Pre-Petition Services Agreement

This agreement confirms our understanding of 1) the legal representation to be provided me by Harris and Harris PSC (hereinafter "Law Firm") and its attorneys, contractors and employees, 2) the scope of representation, and 3) the agreed upon terms of engagement:

1.      <u>Payment and Filing Options</u>.  I have been given two options:

a) pay the entire cost of the legal fees and costs relating to my bankruptcy prior to the filing of my case, which would involve a total legal fee of $ _1,650.00_ ; or

b) have my legal services split into two contracts for pre-petition and post-petition services which will allow me to have my case filed for $ _0_ paid before it is filed and make payments for post-petition services after my case is filed.  I have elected to split my case because I cannot or do not want to pay such fees and costs prior to having my case filed. I understand there are risks if I do not retain counsel for the post-petition services which are described below.

I acknowledge and agree that bifurcating my case creates additional work, costs and risks for the Law Firm and that this results in the Law Firm charging me an additional fee of $ _2100.00_ that I would not have had to pay if I paid the filing fees and costs of my Bankruptcy prior to the case being filed.

2.      <u>Pre-Petition Services</u>.  I understand that under this first pre-petition agreement, the Law Firm will only perform the following pre-petition bankruptcy services: (1) meeting and consulting with me as needed prior to filing the case; (2) analyzing the information from my client questionnaire and other documents; (3) performing such due diligence, legal analysis and legal advisement as is typically provided pre-petition and as necessary to comply with applicable bankruptcy and ethical rules;  and (4) preparing and filing of a Chapter 7 Voluntary Petition, Statement About Social Security Numbers, Pre-filing Credit Counseling Certificate and List of Creditors.  I understand that once my bankruptcy is filed, I will not be legally obligated to pay any fees for pre-petition services to the Law Firm.  If any pre-petition fees are owed to the Law Firm and not paid as of the filing of the bankruptcy case, they will be discharged in the bankruptcy and may not be collected by the Law Firm or its assignees.

3.      <u>Bankruptcy Filing Fee Options</u>.  The Bankruptcy Court requires that I pay $335 to the Bankruptcy Court as a filing fee.  If the fee is not paid my bankruptcy case will be dismissed and my debts will not be discharged.  I have been presented two options regarding the filing fee, and I elect to (select one):

_____ Pay this cost prior to the filing of my case; OR

___✓___ After the case is filed, I may enter into the post-petition services agreement described below in which case the Law Firm will advance the $335 filing fee and I will repay the Law Firm in accordance with the agreement.

4.      <u>Post-Petition Options</u>. This contract contemplates that the Law Firm will provide only the services described above and that the Law Firm's contractual responsibilities under this agreement will end upon completion of the filing of my bankruptcy case.  Nevertheless, the Law Firm will remain

## EXHIBIT ___H___

professionally obligated to serve as counsel for me in the case until and unless the Bankruptcy Court allows the Law Firm to formally withdraw. I understand that there remains important post-petition legal work necessary to finish my bankruptcy case and receive a discharge, that much of the work must be completed within 14 days from the filing of the petition, and that if the work is not completed my case will be dismissed and I will not receive a discharge of my debts. After my bankruptcy case is filed, I have three options regarding post-petition work necessary to complete my case:

(a)    I may retain the Law Firm to represent me in the post-petition proceedings in my case. A copy of the proposed post-petition agreement has been made available for me to review, and my payment obligation in the post-petition agreement will not be discharged. If I enter into the post-petition agreement I will be required to pay attorney fees and costs in the amount of $2400.00 which will be paid in ___ weekly, ___ bi-weekly, ✓ monthly, or ___ semi-monthly installments of $_____ until paid in full for the Law Firm to represent me in the post-petition proceedings in my bankruptcy case. The post-petition services the Law Firm will perform include:

- Preparing and filing of my Statement of Financial Affairs and Schedules;
- Preparing and filing of my Means Test calculations and disclosures;
- Conducting a second signing appointment to review and sign the statements and schedules;
- Noticing my employer with a [Stop Notice Action] to stop any garnishment;
- Preparing for and attending my Section 341 Meeting of Creditors;
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising for any motions for stay relief;
- Reviewing and advising for any redemption agreements;
- Reviewing and advising for any reaffirmation agreements and attending any hearings;
- Representing in connection with any 2004 exams;
- Drafting and filing motions to reinstate the case;
- Administrating and monitoring the case;
- Reviewing and responding to Trustee requests;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Preparing and filing motions to reopen (if necessary); and
- Reviewing and advising regarding any creditor violations.

- Post-Petition services will not include adversaries, dischargeability actions or other contested matters.

(b)    I may seek to retain other legal counsel; OR

(c)    I may proceed without legal representation (pro se). Although I am not prohibited from proceeding pro se, I recognize that choosing this option will result in me proceeding without any legal representation for important and complicated portions of my bankruptcy case. I acknowledge that if I proceed pro se, there may be complicated legal issues that if not handled properly could risk dismissal of my case which means my debts will not be discharged.

I have ten (10) days from the date my bankruptcy case is filed to retain the Law Firm for the post-petition services in this case, and I understand that the Law Firm is committed to entering into the second contract if I decide to do so. If I do not formally retain the Law Firm within that period, then the Law Firm may file a motion to withdraw as my attorney but will continue to represent me until such time when the Court enters an order authorizing the Law Firm to withdraw as my attorney in the bankruptcy case.

I understand that the Law Firm entered into a financing arrangement and utilizes a line of credit from Fresh Start Funding LLC (the "Lender") and that no lawyers in the Law Firm have a financial interest in Lender. As part of the Law Firm's financing arrangement, the Law Firm may collaterally assign the account receivable associated with any post-petition engagement to the Lender. I acknowledge and agree that in the event of any such collateral assignment, (1) the services provided by Lender include the management and collection of any post-petition payments and reporting of my payments to one or more credit reporting agencies, (2) I will allow the Lender to collect my payments on behalf of the Law Firm pursuant to a mutually agreeable payment authorization form, (3) I authorize the Law Firm to provide to the Lender copies of this retainer, the payment authorization, pay stubs, bank account statements and my personal information reasonably necessary for the underwriting, collateral assignment, management and collection of such payments, (4) in no event will the Law Firm share my entire file or any attorney-client privileged information with the Lender, (5) the Law Firm will remain responsible for all aspects of the attorney-client relationship including resolving fee disputes and providing all legal services, (6) the Lender will not direct the legal representation of me by the Law Firm, and (7) even if my expenses exceed my income as shown in the bankruptcy statements and schedules, I believe that I am able to make the payments contemplated by this agreement.

5.      Conflict of Interest.  Because the Law Firm is filing your case in hopes that you will sign a post-petition agreement, it may create a conflict of interest between you and the Law Firm since executing the post-petition agreement may not be in your best interest. For example, if you enter into the post-petition fee agreement you will be contractually obligated to make post-petition payments that will not be discharged in your bankruptcy. Furthermore, if the Law Firm obtains financing from the Lender and collaterally assigns your payment obligations to the Lender, the Lender will advance funds under its line of credit to the Law Firm based on the amount of the payments you owe the Law Firm, which may place the Law Firm in conflict with you since the Firm expects to receive payments from you in order to pay the Lender. If you do not enter into the post-petition agreement the Law Firm may file a motion to withdraw from the case which creates a conflict of interest if you do not want the Law Firm to withdraw. In addition, because of the complexity of $0 or low-down bankruptcy filings, the proposed financing through the Lender, the collateral assignment of payments to the Lender and the numerous bankruptcy and ethical rules applicable to the situation, there could be additional conflicts of interests that are not disclosed in this Agreement. Furthermore, if in our opinion a non-waivable conflict should arise during our representation of you, we will be required to withdraw from your case and you would need to retain separate legal counsel and incur additional legal fees. To confirm your understanding and agreement to give your informed consent to waive these actual or potential conflicts of interest, we request that you execute this Agreement below. We suggest that you have the terms of this waiver of conflict of interest

3

reviewed by separate counsel. By your signature, you (1) acknowledge our disclosure and your understanding of the conflict, (2) represent that you have had an opportunity to obtain independent legal counsel to advise you with respect to the above-referenced matter, and (3) are giving your informed consent to waive the conflicts described above.

[Add such other provisions as are commonly used in your district. Many state and local bars offer form fee agreements that contain recommended provisions on such topics as fee arbitration, document retention, whether a flat fee is fully earned upon receipt and whether a flat fee must be deposited in your trust account. You should also consider the following provisions for your fee agreements:]

6.      Excluded Services. We do not represent you in any municipal, criminal, state court, or department of motor vehicle matters, or any adversaries or dischargeability actions. We also have not undertaken to advise you regarding tax or accounting matters, including whether your tax debts are dischargeable or whether you should delay your Bankruptcy in order to discharge tax debts, and we recommend you consult with a tax specialist about any tax matters such as whether tax debts are dischargeable in your Bankruptcy. We also will not to take any actions to try and discharge any student loans. If any of the matters not covered by our agreements should arise, you will have to represent yourself pro se or find a new attorney to represent you in such matters which will cause you to have to pay additional attorney fees.

7.      Chapter 13. After further analysis and review of your financial situation, it may be determined that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. It is understood that a Chapter 13 Bankruptcy is more involved and will necessitate additional costs and fees not covered by this agreement. If a Chapter 13 filing is decided upon or your case must be converted to a Chapter 13, costs and fees will be readdressed at that time.

8.      Your Responsibilities. It is understood and agreed upon that I will: (1) provide the Law Firm with such factual information and documents as are required to perform its legal services, (2) complete two mandatory credit counseling courses, (3) pay a $335.00 filing fee directly to the Court (unless I make arrangements in advance to pay the filing fee to the Law Firm prior to filing the case or enter into a post-petition agreement providing that the Law Firm will pay the filing fee), (4) provide to the Trustee all requested documents (including documents requested at the 341 hearing), information and non-exempt assets, and comply with any Trustee demands or Court orders, (5) attend the required 341 creditor hearing on the scheduled date with my social security card and photo ID, and (6) attend any subsequent hearings and 2004 examinations.

I acknowledge and understand by signing this agreement that (1) debts will not be discharged if a creditor proves that I lied about assets or concealed, destroyed, or transferred any property in violation of Bankruptcy Code Section 523 and/or 727, and (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under Bankruptcy Code Section 727 by a creditor, trustee or Court may result in the denial of discharge of debt, dismissal of the case and other sanctions and penalties either monetary or non-monetary.

Please note, the fees are agreed upon based on the assumption and necessity that you will provide detailed financial information needed by the Law Firm to prepare your bankruptcy schedules. The Law Firm is not responsible for collecting such information from your files or directly from your creditors. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with the correct address. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your 341 meeting of creditors with the Trustee.

9.     Credit Reports. In order to ensure that all of my creditors are listed in my Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, I authorize the Law Firm to obtain such credit reports.

10.     Credit Cards and Non-Dischargeable Debts. It is understood and agreed that from this point forward, nothing is to be charged to any of your credit cards and no additional debt is to be incurred by you without consultation with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by the debtor's operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

11.     Reliance Upon Information Provided. Because the Law Firm depends on your candor regarding your assets, debts and financial history, you must agree that you have disclosed all pertinent information concerning property in which you have an ownership interest, and outstanding liabilities (secured or unsecured) and any other information regarding your financial affairs.

12.     No Right of Dismissal of My Case. Undersigned agrees and understands that once a chapter 7 has been filed with the federal bankruptcy court, you may not be able to voluntarily dismiss your case.

13.     Arbitration of Fee Disputes. If a dispute arises between you and us regarding our fees, the parties agree to resolve that dispute through the State Bar's Fee Arbitration Program. Either party may initiate fee arbitration by contacting the State Bar.

14.     Electronic Data. I authorize the Law Firm to communicate with me via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about my case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. I agree to check my e-mail regularly for important

5

communications relating to my case. I agree that third parties (e.g., employers or family members) do not have access to my e-mail, voicemail and text messages, and that I can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that I am receiving and reviewing my e-mails at that email address unless I alert the Law Firm to an issue or a new email address. I will check my junk and spam folders to make sure my e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

15.     File Retention. I understand that the Law Firm will retain my client file for five years. Following such time period, copies of my bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

16.     Trustee. I acknowledge and understand that (1) the court will appoint a chapter 7 trustee for my case that will have various duties and rights including the duty to investigate my financial affairs including the value of my assets, and the right to liquidate non-exempt assets for the payment of my creditors, and (2) I have a duty to cooperate with the chapter 7 trustee.

17.     No Advice Regarding This Fee Agreement. The Law Firm is not acting as my counsel with respect to this agreement. The Law Firm has recommended that I consult with independent legal counsel of my choice to be advised on whether I should enter into this agreement.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

I/WE ACKNOWLEDGE THAT I/WE HAVE READ THE ABOVE AGREEMENT BEFORE SIGNING IT. I/WE FURTHER ACKNOWLEDGE THAT THE LAW FIRM HAS ANSWERED ANY QUESTIONS I/WE HAVE ABOUT THE TWO CONTRACTS, LIMITED SERVICE REPRESENTATION ARRANGEMENT OF THE FIRST CONTRACT, FINANCING AND COLLATERAL ASSIGNMENT ARRANGEMENT AND THE CONFLICT OF INTEREST MATTERS DESCRIBED ABOVE.

_Sheila J. Carlton_    1-27-2020
Client                        Dated  5:03 pm.
                                        cst

_[signature]_    1/27/2020
Attorney         Dated   5:03 pm
                              cst

_____    _____
Client                        Dated

6

## Chapter 7 Bankruptcy Post-Petition Services Agreement

This contract will confirm my understanding of the legal representation to be provided to me by Harris and Harris PSC (hereinafter "Law Firm") and its attorneys, contractors and employees; the scope of representation, and the agreed upon terms of engagement.

I have been advised that I am not obligated to sign this agreement for legal services and that I may consult with another attorney as to whether I should do so. I further have been advised that I may choose to retain another attorney apart from the Law Firm OR proceed without legal representation (though the Law Firm will continue to represent me until such time when the court enters an order authorizing the Law Firm to withdraw as my attorney in the bankruptcy case).

1.    Scope of Engagement. Notwithstanding the foregoing disclosures, I agree to the following:

I hereby retain the Law Firm to represent my legal interests in the post-petition proceedings of my bankruptcy case filed under Chapter 7 of the United States Bankruptcy Code. I promise to pay attorney fees and costs in the amount of $ _2,100_____.00 which will be paid in ___ weekly, ___ bi-weekly, ✓ monthly, or ___ semi-monthly installments of $_____ until paid in full as a non-refundable, flat fee for the Law Firm to represent me, which representation includes the following post-petition services:

- Preparing and filing of my Statement of Financial Affairs and Schedules;
- Preparing and filing of my Means Test calculations and disclosures;
- Conducting a second signing appointment to review and sign the statements and schedules;
- Noticing my employer with a Stop Notice Action to stop any garnishment;
- Preparing for and attending my Section 341 Meeting of Creditors;
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising for any motions for stay relief;
- Reviewing and advising for any redemption agreements;
- Reviewing and advising for any reaffirmation agreements and attending any hearings;
- Representing in connection with any 2004 exams;
- Drafting and filing motions to reinstate the case;
- Administrating and monitoring the case;
- Reviewing and responding to Trustee requests;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Preparing and filing motions to reopen (if necessary); and
- Reviewing and advising regarding any creditor violations.
- Post-Petition services will not include adversaries, dischargeability actions or other contested matters.

I further understand and agree that additional professional legal services will result in additional fees that are due to the Law Firm as described above. I acknowledge and agree that because this agreement

1

was entered into after the bankruptcy petition was filed and all the fees are for post-petition services, they are not dischargeable in my Chapter 7 case. In the event of nonpayment of the agreed-upon fees, the Law Firm or a third party may commence legal proceedings for collection. I agree to submit to the personal jurisdiction of the _Kentucky_ state courts with respect to such action, and _Kentucky_ law will apply. If such collection procedures shall become necessary, I agree to pay all reasonable costs of such collection, including reasonable attorney fees.

I understand that the Law Firm entered into a financing arrangement and utilizes a line of credit from Fresh Start Funding LLC (the "Lender") and that no lawyers in the Law Firm have a financial interest in Lender. As part of the Law Firm's financing arrangement, the Law Firm may assign the account receivable associated with my engagement to the Lender. I acknowledge and agree that in the event of any such assignment, (1) the services provided by Lender include the management and collection of my payments hereunder and reporting of my payments to one or more credit reporting agencies, (2) I will allow the Lender to collect my payments on behalf of the Law Firm pursuant to a mutually agreeable payment authorization form, (3) I authorize the Law Firm to provide to the Lender copies of this retainer, the payment authorization, pay stubs, bank account statements and my personal information reasonably necessary for the assignment, management and collection of such payments, (4) in no event will the Law Firm share my entire file or any attorney-client privileged information with the Lender, (5) the Law Firm will remain responsible for all aspects of the attorney-client relationship including resolving fee disputes and providing all legal services; (6) the Lender will not direct the legal representation of me by the Law Firm, and (7) even if my expenses exceed my income as shown in the bankruptcy statements and schedules, I believe that I am able to make the payments contemplated by this agreement.

2.      Conflict of Interest. Because the Law Firm is filing your case in hopes that you would sign a post-petition agreement, it may create a conflict of interest between you and the Law Firm since executing the post-petition agreement may not be in your best interest. For example, if you enter into this post-petition fee agreement you will be contractually obligated to make post-petition payments that will not be discharged in your bankruptcy. Furthermore, if the Law Firm obtains financing from the Lender and assigns your payment obligations to the Lender, the Lender will advance funds under its line of credit to the Law Firm based on the amount of the payments you owe the Law Firm, which may place the Law Firm in conflict with you since the Firm expects to receive payments from you in order to pay the Lender. If you do not enter into this post-petition agreement the Law Firm may file a motion to withdraw from the case which creates a conflict of interest if you do not want the Law Firm to withdraw. In addition, because of the complexity of $0 or low-down bankruptcy filings, the proposed financing through the Lender, the assignment of payments to the Lender and the numerous bankruptcy and ethical rules applicable to the situation, there could be additional conflicts of interests that are not disclosed in this Agreement. Furthermore, if in our opinion a non-waivable conflict should arise during our representation of you, we will be required to withdraw from your case and you would need to retain separate legal counsel and incur additional legal fees. To confirm your understanding and agreement to give your informed consent to waive these actual or potential conflicts of interest, we request that you execute this Agreement below. We suggest that you have the terms of this waiver of conflict of interest reviewed by separate counsel. By your signature, you (1) acknowledge our disclosure and your

2

understanding of the conflict, (2) represent that you have had an opportunity to obtain independent legal counsel to advise you with respect to the above-referenced matter, and (3) are giving your informed consent to waive the conflicts described above.

[Add such other provisions as are commonly used in your district. Many state and local bars offer form fee agreements that contain recommended provisions on such topics as fee arbitration, document retention, whether a flat fee is fully earned upon receipt and whether a flat fee must be deposited in your trust account. You should also consider the following provisions for your fee agreements:]

3.      Excluded Services. We do not represent you in any municipal, criminal, state court, or department of motor vehicle matters, or any adversaries or dischargeability actions. We also have not undertaken to advise you regarding tax or accounting matters, including whether your tax debts are dischargeable or whether you should delay your Bankruptcy in order to discharge tax debts, and we recommend you consult with a tax specialist about any tax matters such as whether tax debts are dischargeable in your Bankruptcy. We also will not to take any actions to try and discharge any student loans. If any of the matters not covered by our agreement should arise, you will have to represent yourself pro se or find a new attorney to represent you in such matters which will cause you to have to pay additional attorney fees.

4.      Chapter 13. After further analysis and review of your financial situation, it may be determined that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. It is understood that a Chapter 13 Bankruptcy is more involved and will necessitate additional costs and fees not covered by this agreement. If a Chapter 13 filing is decided upon or your case must be converted to a Chapter 13, costs and fees will be readdressed at that time.

5.      Your Responsibilities. It is understood and agreed upon that I will: (1) provide the Law Firm with such factual information and documents as are required to perform its legal services, (2) complete two mandatory credit counseling courses, (3) pay a $335.00 filing fee directly to the Court (unless I make arrangements in advance to pay the filing fee to the Law Firm prior to filing the case or enter into a post-petition agreement providing that the Law Firm will pay the filing fee), (4) provide to the Trustee all requested documents (including documents requested at the 341 hearing), information and non-exempt assets, and comply with any Trustee demands or Court orders, (5) attend the required 341 creditor hearing on the scheduled date with my social security card and photo ID, and (6) attend any subsequent hearings and 2004 examinations.

Please note, the fees are agreed upon based on the assumption and necessity that you will provide detailed financial information needed by the Law Firm to prepare your bankruptcy schedules. The Law Firm is not responsible for collecting such information from your files or directly from your creditors. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with the correct address. If you

3

wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your 341 meeting of creditors with the Trustee.

6.      Credit Cards and Non-Dischargeable Debts. It is understood and agreed that from this point forward, nothing is to be charged to any of your credit cards and no additional debt is to be incurred by you without consultation with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by the debtor's operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

7.      Reliance Upon Information Provided. Because the Law Firm depends on your candor regarding your assets, debts and financial history, you must agree that you have disclosed all pertinent information concerning property in which you have an ownership interest, and outstanding liabilities (secured or unsecured) and any other information regarding your financial affairs.

8.      No Right of Dismissal of My Case. Undersigned agrees and understands that once a chapter 7 has been filed with the federal bankruptcy court, you may not be able to voluntarily dismiss your case.

9.      Arbitration of Fee Disputes. If a dispute arises between you and us regarding our fees, the parties agree to resolve that dispute through the State Bar's Fee Arbitration Program. Either party may initiate fee arbitration by contacting the State Bar. 10.      Electronic Data. I authorize the Law Firm to communicate with me via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about my case. No form of communication is completely secure and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third party server. I agree to check my e-mail regularly for important communications relating to my case. I agree that third parties (e.g., employers or family members) do not have access to my e-mail, voicemail and text messages, and that I can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that I am receiving and reviewing my e-mails at that email address unless I alert the Law Firm to an issue or a new email address. I will check my junk and spam folders to make sure my e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

11.      No Advice Regarding This Fee Agreement. The Law Firm is not acting as my counsel with respect to this agreement. The Law Firm has recommended that I consult with independent legal counsel of my choice to be advised on whether I should enter into this agreement.

4

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

I/WE ACKNOWLEDGE THAT I/WE HAVE READ THE ABOVE AGREEMENT BEFORE SIGNING IT. I/WE FURTHER ACKNOWLEDGE THAT THE LAW FIRM HAS ANSWERED ANY QUESTIONS I/WE HAVE ABOUT THE TWO CONTRACTS, LIMITED SERVICE REPRESENTATION ARRANGEMENT OF THE FIRST CONTRACT, FINANCING AND ASSIGNMENT ARRANGEMENT AND THE CONFLICT OF INTEREST MATTERS DESCRIBED ABOVE.

_Sheila J. Carlton_  1-28-2020 _____
Client         Dated  10:29 Am      Client                Dated
                         CST

_[signature]_  1/28/2020 _____
Attorney       Dated
                    10:29 Am
                         CST

5

## RECURRING PAYMENT AUTHORIZATION & CONSENT FORM

By signing below, the person or persons listed below as "Debtor" and/or "Co-Debtor" authorize and direct the Law Firm listed below and Fresh Start Funding ("FSF"), which is providing financing to the Law Firm, to debit the listed debit card and/or bank account until the Contract Amount listed below is paid in full. The Law Firm is relying upon this Agreement to perform legal services for the Debtor/Co-Debtor, and Fresh Start Funding is relying upon this Agreement to provide the Law Firm with financing. Debtor and/or Co-Debtor further authorize their depository institution to debit the same to their account:

Debtor/Co-Debtor Name(s): _Sheila J. Carlton_

Law Firm Name: _Harris and Harris psc_          Contract Amount: $ _2,100.00_

### Payment Plan (pick only one)

☐ Weekly, every _____ (day of the week), starting on _____ / _____ / _____

☐ Bi-Weekly, every other _____ (day of the week), starting on _____ / _____ / _____

☐ Semi-Monthly, every _____ and _____ (dates of the month), starting on _____ / _____ / _____

☒ Monthly, every _21st_ (date of the month), starting on _02/21/2020_

### Debit Card & Bank Account Information (fill in all fields)

Name on Debit Card/Account: _Sheila J. Carlton_

Debit Card No.: _____

Card Expires: _____ / _____ (Month/Year)     CVV/CVC (3-digit code on back of card) _____

Billing Street Address: _P.O. Box 1898_

City _Russell Springs_          State _KY_     Zip Code _42642_

Bank Name: _United Citizens Bank_          ☒ Checking   ☐ Savings

Account Number: _____     Routing Number: _____

### General Information (fill in all applicable fields)

Debtor's Email: _sheilac1951@yahoo.com_     Debtor's Cell Phone: _(270) 566-2987_

Debtor's SSN: _____ - ____ - _____          Debtor's Date of Birth: _____

Co-Debtor's Email: _____     Co-Debtor's Cell Phone: (_____) _____

Co-Debtor's SSN: _____ - ____ - _____          Co-Debtor's Date of Birth: _____ / _____ / _____

I agree that the Law Firm may assign the payments due under this agreement to FSF as collateral for financing, and that FSF will collect the payments due hereunder. I authorize the Law Firm and FSF to communicate with me via mail, e-mail, text, and/or telephone. If a payment does not process for any reason, the payment may be re-attempted multiple times and on different dates until the payment clears, even if it means the end date of this payment contract will be extended. I agree that the Law Firm and FSF may accept and rely upon telephonic or electronic communications from me confirming modified payment terms. An additional $25.00 may be charged for each returned payment, which charge may be debited from my account separately from my regular recurring payment. I certify that I am an authorized user of this debit card and/or bank account.

SIGNATURE _Sheila J. Carlton_          DATE _1-28-2020_

10:25 AM CST

SIGNATURE _____          DATE _____

## **Pre-Filing Agreement**

By signing this agreement, you are hiring Harris and Harris, PSC (the "Law Firm") to represent you in a chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## *1.  The Work Involved in a Chapter 7 Case*

Below, we will give you two options to pay our fees and the costs of your chapter 7 bankruptcy. Before you make that choice, we want you to understand the work that's involved in a chapter 7 case. That work is divided into three lists:

### *Pre-Filing Services*

- Meeting and consulting with you as needed prior to filing your case;
- Analyzing the information from your intake questionnaire and other documents;
- Providing due diligence, legal analysis and legal advice in order to help you make important legal choices and to comply with the bankruptcy code and rules; and
- Preparing and filing your Chapter 7 Voluntary Petition, Statement about Social Security Numbers, Pre-Filing Credit Counseling Certificate and List of Creditors to start your Chapter 7 case.

### *Post-Filing Services*

- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures;
- Conducting a second signing appointment for you to review and sign your statements and schedules;
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrating and monitoring your case and communicating with you throughout the process;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Noticing your employer to stop any garnishments;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations; and
- Any legal service required by the local rules.

### *Supplemental Post-Filing Services*

- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;

## EXHIBIT *I*

- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules; and
- Preparing and filing a motion to reinstate the case.

### *Excluded Services*

Unless provided otherwise in writing below, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.
- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing to provide any Excluded Services, they are limited to the following:___N/A___

---

## 2. *Your Options to Pay the Court's $335 Filing Fee and Our Attorney Fee*

#### A. Filing Fee

The Court requires you to pay a $335 filing fee which you must pay before we file your case. If you are unable to pay the filing fee before your case is filed, you may be able to make payments to the Court or to us as provided below.

#### B. Attorney Fee

The Law Firm offers two options for you to pay our attorney fees for your chapter 7 bankruptcy. You can either *"Pay Before You File"* or *"File Now Pay Later."* The costs and other terms of each Option are discussed below, and you must choose one of these two Options that is best for you by writing your initials in the box next to your selection. We will be pleased to represent you under either of these options.

☐ ### Option #1 – *Pay Before You File*

Under this *Pay Before You File* option, you will only sign this one agreement, and the Law Firm will provide both the Pre-Filing Services and the Post-Filing Services listed above. Our attorney fee for filing and handling your chapter 7 bankruptcy will be $ 1,315.00, plus your $335 filing fee. **This *Pay Before You File* option is less expensive to you, but:**

(1) *you are required to pay the full amount of attorney fees before your case is filed,*

(2) if you require any of the Supplemental Post-Filing Services described above *you will be required to pay additional legal fees* based on our hourly rates of **$250/hour** for attorney time and **$120/hour** for paralegal time,

(3) the Law Firm may provide some of the Post-Filing Services before the case is

filed, and

(4) if you are unable to pay the $335 filing fee the Court may allow you to pay the $335 in installments after the case is filed. ***Initial here _____ if you are unable to pay the $335 filing fee before your case is filed and want to request that the Court allow you to pay the filing fee in installment payments.***



## Option #2 – *File Now Pay Later*

·*This File Now Pay Later option is more expensive to you, but will include more legal services and allow you to pay some or all of our attorney fee (and, if applicable, your filing fee) in installments over twelve (12) months after we file your case*. Under the *File Now Pay Later* option, we will split our work for you into two separate agreements in order to offer you the ability to pay after your case is filed. You may review the second agreement before you sign this agreement.

Under this Pre-Filing Agreement, we will **only provide the Pre-Filing Services listed above**. Our fee for the Pre-Filing Services will be $ _____ *0* _____ which must be paid in full before we file your case  and  ☐ does  ☑ does not include the filing fee. ***The Pre-Filing Services are not all of the tasks that must be completed to successfully complete your chapter 7 case.***

After your case is filed, you will have three choices:

- You can represent yourself in your bankruptcy case (called "proceeding *pro se*");
- You can hire another attorney to represent you in your bankruptcy case; or,
- *Within ten (10) days after your case is filed*, you can enter into a **Post-Filing Agreement** with us.

If you choose to represent yourself or to hire another attorney to represent you (either of which are completely up to you) you will not owe us anything additional. We will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

If you choose to enter into a **Post-Filing Agreement** with us, we will provide you with the Post-Filing Services AND the Supplemental Post-Filing Services listed above, and our fee for these services will be $2,500.00.  You will be able to pay this fee over a period of twelve (12) months after we file your case. This fee includes the $335 filing fee (unless you pay the filing fee in advance) and we will not charge you additional fees for the Supplemental Post-Filing Services if they are needed in your case.

You may choose to pay our fee on any of the following payment schedules, and you may choose the date for your first payment so long as it is no later than thirty (30) days after you sign the second fee agreement with the Law Firm.

---

### *File Now Pay Later*
### Payment Options

**Choose One:**

☑  52 equal weekly payments of $ ~~48.08~~

☐  26 equal bi-weekly payments of $_____

☐  24 equal semi-monthly payments of $_____

☐  12 equal monthly payments of $_____

THERE ARE IMPORTANT DISCLOSURES CONCERNING THE *FILE NOW PAY LATER* OPTION THAT ARE FOUND BELOW AND THAT YOU SHOULD READ VERY CAREFULLY BEFORE SELECTING THIS OPTION.

---

## 3. *Information about the Lender the Law Firm Uses so it can Offer the File Now Pay Later Option*

If you choose the *File Now Pay Later* option and sign a Post-Filing Agreement, the Law Firm will borrow money on a line of credit that it has with a company called Fresh Start Funding ("FSF"). This helps the Law Firm manage its finances when it offers you payment terms to pay your attorney fees. FSF also assists the Law Firm in managing the payments that you will make. After your case is filed you will sign a separate Payment Authorization form (you may review this form before you sign this agreement) that authorizes FSF to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information about FSF and the Law Firm's relationship with that company, your understanding of which is acknowledged by you signing this agreement:

A. **Higher Attorney Fee.** As also described above, the *File Now Pay Later* option requires you to pay a higher attorney fee. There are a number of reasons for this:

   a. The Law Firm performs additional work to split your engagement;

   b. The Law Firm takes on risk by allowing you to pay your attorney fee over time instead of collecting the entire fee up front;

   c. The *File Now Pay Later* option provides you with the benefit of a quicker filing than you might obtain if you had to come up with the money to pay in advance;

   d. The *File Now Pay Later* option gives you an opportunity to begin rebuilding your credit score when you make timely payments toward your attorney fee;

   e. With the *File Now Pay Later* option, if you require the Supplemental Post-Filing Services the Law Firm will not charge you additional fees; and

   f. FSF charges a fee for its financing, payment management, credit reporting and other services to the Law Firm, and that fee is equal to 25% of the fees that the Law Firm charges you under the Post-Filing Agreement.

B. **Limited Sharing of Information with FSF**. Because FSF will act as the Law Firm's agent to manage your payments, the Law Firm must share limited information with FSF, including your Post-Services Filing Agreement, information about your income and employment, and personal information that you will fill out on the Payment Authorization Form.

C. **Collection Actions**. The Law Firm gives FSF a lien against the amount that you will owe under the Post-Petition Service Agreement, and if the Law Firm fails to meet its obligations to FSF, FSF could choose to take control over your payments to the Law Firm. If this happens and you do not make your payments when they are due, FSF could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

D. **Negative Credit Reporting**. If you fail to make payments toward your attorney fee as agreed in the Post-Filing Agreement, FSF can report negatively on your credit.

E. **Ability to Make Payments**. The statements and schedules that are filed with the court on your behalf may show that your expenses exceed your income. You nonetheless believe that the File Now Pay Later option is the best choice for you and you believe that you can make the required payments to FSF.

F. **Underwriting Guidelines**. FSF has underwriting guidelines for determining which Law Firm clients qualify for the FSF program. If you do not meet the guidelines, the Law Firm reserves the right to not offer the File Now Pay Later option to you. The Law Firm is happy to share the underwriting guidelines with you.

## 4. *Important Information about Conflicts of Interest*

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C. The Law Firm is filing your case hoping that you will sign a Post-Filing Agreement, and this may create a conflict of interest between you and the Law Firm since executing the Post-Filing Agreement will obligate you to make post-filing payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D. As described above, it you choose the *File Now Pay Later* option and enter into a Post-Filing Agreement, the Law Firm will borrow funds from FSF based on the amount that you owe the Law Firm. This may place the Law Firm in conflict with you since the Law Firm expects to receive payments from you in order to repay FSF. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E. If you choose the *File Now Pay Later* option but choose not to sign a Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

F.  If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed *pro se* or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm or FSF started collection actions against you for the attorney fee that you owe under the Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you (please note, however, that FSF has agreed to not commence any collection actions against you so long as the Law Firm represents you). By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

## 5. *Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee*

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A.  **Providing Information and Documents to the Law Firm.** For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B.  **Credit Counseling and Financial Management Courses.** Before your case is filed, you must complete a credit counseling course and provide the Law Firm with a certificate proving that the course has been completed, and failing to do this will result in your case being dismissed. After your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course also has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C.  **Cooperating with the Chapter 7 Trustee.** The Bankruptcy Court will appoint a chapter 7 trustee for your case. The trustee will have various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D.  **Your Creditor's Meeting and Other Examinations.** Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## 6. *Additional Important Terms*

A. <u>**Unbundling or Limited-Scope Representation**</u>.  By signing below, you acknowledge that the Law Firm has expressed that it is ready, willing and able to represent you for your entire chapter 7 case, even if you choose the *File Now Pay Later* option, which will require you to sign a Post-Filing Agreement. If you choose the *File Now Pay Later* option, you further represent that you are not doing this with the intention of having the Law Firm simply file your case and then withdraw, but instead to facilitate you making payments over time for your attorney fee so that you can have an attorney represent you through the entire chapter 7 process.

B. <u>**Chapter 13**</u>. After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. <u>**Required Disclosures**</u>.  By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

D. <u>**Credit Reports**</u>.  In order to ensure that all of your creditors are listed in your Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, you authorize the Law Firm to obtain such credit reports.

E. <u>**Credit Cards and Non-Dischargeable Debts**</u>. From this point forward, you must not charge anything to any of your credit cards or incur additional debt without first consulting with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

F. <u>**No Right to Dismissal of Your Case**</u>. By signing below you acknowledge that you understand that once your chapter 7 has been filed, you may not be able to voluntarily dismiss your case.

G. <u>**Arbitration of Fee Disputes.**</u> If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program.  Either party may initiate fee arbitration by contacting the State Bar.

H. <u>**Electronic Data**</u>. You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be

7

stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

l.    **File Retention**. You understand that the Law Firm will only retain your client file for five (5) years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

_R Baldock_    _2·17·20_    9:17 AM Cst
Client          Date                               Client                          Date

_lmn j Law_    2/17/20    9:17 Am Cst
Attorney         Date

## **Post-Filing Agreement**

By signing this agreement, you are hiring Harris and Harris, PSC (the "Law Firm") to continue to represent you in your chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## *1. The Work Involved to Complete your Chapter 7 Case*

The legal services you may need to complete your Chapter 7, and the services that the Law Firm is agreeing to provide, are as follows:

- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures;
- Conducting a second signing appointment for you to review and sign your statements and schedules;
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrating and monitoring your case and communicating with you throughout the process;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Noticing your employer to stop any garnishments;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations;
- Any legal service required by the local rules;
- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;
- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules; and
- Preparing and filing a motion to reinstate the case.

### *Excluded Services*

Unless provided otherwise in writing below, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.

1



- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing to provide any Excluded Services, they are limited to the following:____N/A_____

## 2. Payment of Costs to Complete your Chapter 7 Case

By entering into this agreement, you are agreeing to pay the Law Firm $ 2,50.00 for the services described above. You can pay the fee on any of the following twelve (12) month payment schedules, and the date your first payment is due will be _____ (you can pick any date no later than thirty (30) days after you sign this agreement).

---

### File Now Pay Later Payment Options

**Choose One:**

- ☐ 52 equal weekly payments of $_____
- ☐ 26 equal bi-weekly payments of $_____
- ☐ 24 equal semi-monthly payments of $_____
- ☐ 12 equal monthly payments of $_____

---

**THERE ARE IMPORTANT DISCLOSURES CONCERNING THIS AGREEMENT THAT ARE FOUND BELOW AND THAT YOU SHOULD READ VERY CAREFULLY BEFORE SIGNING THIS AGREEMENT.**

## 3. Information about the Lender the Law Firm Uses so it can Offer the File Now Pay Later Option

The Law Firm will borrow money on a line of credit that it has with a company called Fresh Start Funding ("FSF"). This helps the Law Firm manage its finances when it offers you payment terms to pay your attorney fees. FSF also assists the Law Firm in managing the payments that you will make. At the same time you sign this agreement, you will sign a separate Payment Authorization form (you may review this form before you sign this agreement) that authorizes FSF to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information about FSF and the Law Firm's relationship with that company, your understanding of which is acknowledged by you signing this agreement:

A. **Higher Attorney Fee.** As described in the previous agreement you signed with the Law Firm, the *File Now Pay Later* option requires you to pay a higher attorney fee. There are a number of reasons for this:

   a. The Law Firm performs additional work to split your engagement;

2

b. The Law Firm takes on risk by allowing you to pay your attorney fee over time instead of collecting the entire fee up front;

c. The *File Now Pay Later* option provides you with the benefit of a quicker filing than you might obtain if you had to come up with the money to pay in advance;

d. The *File Now Pay Later* option gives you an opportunity to begin rebuilding your credit score when you make timely payments toward your attorney fee;

e. The Law Firm will not charge you additional fees for certain services that if required would otherwise cost you more if you had paid the entire fee before your case was filed; and

f. FSF charges a fee for its financing, payment management, credit reporting and other services to the Law Firm, and that fee is equal to 25% of the fees that the Law Firm charges you under this Post-Filing Agreement.

B. **Limited Sharing of Information with FSF**. Because FSF will act as the Law Firm's agent to manage your payments, the Law Firm must share limited information with FSF, including this Post-Services Filing Agreement, information about your income and employment, and personal information that you will fill out on the Payment Authorization Form.

C. **Collection Actions**. The Law Firm gives FSF a lien against the amount that you will owe under the Post-Petition Service Agreement, and if the Law Firm fails to meet its obligations to FSF, FSF could choose to take control over your payments to the Law Firm. If this happens and you do not make your payments when they are due, FSF could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

D. **Negative Credit Reporting**. If you fail to make payments toward your attorney fee as agreed in this Post-Filing Agreement, FSF can report negatively on your credit.

E. **Ability to Make Payments**. The statements and schedules that are filed with the court on your behalf may show that your expenses exceed your income. You nonetheless believe that the File Now Pay Later option is the best choice for you and you believe that you can make the required payments to FSF.

F. **Underwriting Guidelines**. FSF has underwriting guidelines for determining which Law Firm clients qualify for the FSF program. If you do not meet the guidelines, the Law Firm reserves the right to not offer the File Now Pay Later option to you. The Law Firm is happy to share the underwriting guidelines with you.

## 4. *Important Information about Conflicts of Interest*

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C. You are not required to sign this Post-Filing Agreement but the Law Firm filed your case hoping that you would sign it, and this creates a conflict of interest between you and the Law Firm since executing this

3

Post-Filing Agreement obligates you to make payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D. The Law Firm will borrow funds from FSF based on the amount that you owe the Law Firm. This may place the Law Firm in conflict with you since the Law Firm expects to receive payments from you in order to repay FSF. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E. If you choose not to sign this Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

F. If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed *pro se* or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm or FSF started collection actions against you for the attorney fee that you owe under this Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you (please note, however, that FSF has agreed to not commence any collection actions against you so long as the Law Firm represents you). By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

## 5. *Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee*

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A. **Providing Information and Documents to the Law Firm.** For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B. **Credit Counseling and Financial Management Courses.** Before your case was filed, you completed a credit counseling course. Now that your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C. **Cooperating with the Chapter 7 Trustee.** The Bankruptcy Court appointed a chapter 7 trustee for your case. The trustee has various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By

signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D. **Your Creditor's Meeting and Other Examinations.** Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## 6. Additional Important Terms

A. **Unbundling or Limited-Scope Representation.** By signing below, you acknowledge that prior to you signing this agreement, the Law Firm expressed that it was ready, willing and able to represent you for your entire chapter 7 case, even though you chose the *File Now Pay Later* option which requires you to sign this Post-Filing Agreement. You further represent that you did not enter into the first agreement with the Law Firm with the intention of having the Law Firm simply file your case and then withdraw, but instead to facilitate you making payments over time for your attorney fee so that you can have an attorney represent you through the entire chapter 7 process.

B. **Chapter 13.** After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. **Required Disclosures.** By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

D. **Non-Dischargeable Debts.** Obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

E. **No Right to Dismissal of Your Case.** By signing below you acknowledge that you understand that once your chapter 7 was filed, you may not be able to voluntarily dismiss your case.

F. **Arbitration of Fee Disputes.** If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program. Either party may initiate fee arbitration by contacting the State Bar.

G. **Electronic Data.** You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of

5

communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

H. **Right of Rescission.** If you wish to cancel this agreement, you must notify us in writing of the cancellation within three (3) business days from the date you sign. If you cancel, we will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

I. **File Retention.** You understand that the Law Firm will only retain your client file for __5__ years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

_Greg Baldock_ 2-18-20 3:48 PM cst

| Client | Date/Time | Client | Date/Time |

_[signature]_ 2/18/2020 3:48 pm cst

| Attorney | Date |

## RECURRING PAYMENT AUTHORIZATION & CONSENT FORM

**Debtor/Co-Debtor Name(s):** _Gregory Baldock_

**Law Firm Name:** _Harris and Harris Psc_    **Contract Amount:** $ _2,500.00_

**Payment Plan (*pick only one*)**

X **52 Weekly Payments, every** _~~??~~ Friday_ (day of the week), starting on _0 2 / 2 8 / 2 0 2 0_

☐ **26 Bi-Weekly Payments, every other** _____ (day of the week), starting on ___/___/_____

☐ **24 Semi-Monthly Payments, every** _____ **and** _____ (dates of the month), starting on ___/___/_____

☐ **12 Monthly Payments, every** _____ (date of the month), starting on ____/___/_____

**Debit Card & Bank Account information (*fill in all fields*)**

**Name on Debit Card/Account:** _Gregory Baldock_

**Debit Card No.:** _–_

**Card Expires:** _____ / _____ Month/Year)        **CVV/CVC (3-digit code on back of card)** _____

**Billing Street Address:** _100 Napier Street #10_

**City** _Liberty_        **State** _Ky_    **Zip Code** _42539_

**Bank Name:** _MB. Financial Bank N.A._        ☐ Checking    ☐ Savings

**Account Number:** _____        **Routing Number:** _____

**General Information (*fill in all applicable fields*)**

**Debtor's Email:** _rbaldock3792@gmail.com_    **Debtor's Cell Phone:** _(606) 448-9270_

**Debtor's SSN:** _._ ___ ___-___/        **Debtor's Date of Birth:** ___,___,___

**Co-Debtor's Email:** _____    **Co-Debtor's Cell Phone:** (____) ____-____

**Co-Debtor's SSN:** ___-___-___        **Co-Debtor's Date of Birth:** ___/___/_____

*By signing below, the person or persons listed above as "Debtor" and/or "Co-Debtor" (1) authorize Fresh Start Funding ("FSF"), as an agent of the Law Firm, to collect the payments described above and debit the listed debit card and/or bank account until the Contract Amount is paid in full, (2) authorize their depository institution to debit the same to their account, (3) agree that the Law Firm may collaterally assign to FSF the payments due the Law Firm as collateral for financing, (4) authorize FSF to communicate with them via mail, e-mail, text, and/or telephone, (5) agree that if a payment does not process for any reason, the payment may be re-attempted multiple times and on different dates until the payment clears, even if it means the end date of this payment contract will be extended, (6) agree that FSF may accept and rely upon telephonic or electronic communications from them confirming modified payment terms, (7) agree that an additional $25.00 may be charged for each returned payment, which charge may be debited from their account separately from their regular recurring payment, and (8) certify that they are an authorized user of this debit card and/or bank account.*

**SIGNATURE** _Greg Baldock_        **DATE/TIME** _2-18-20  3:49 cst PM_

**SIGNATURE** _____        **DATE/TIME** _____

*Stephen Thomas*

## Pre-Filing Agreement

By signing this agreement, you are hiring Harris and Harris, PSC (the "Law Firm") to represent you in a chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## *1. The Work Involved in a Chapter 7 Case*

Below, we will give you two options to pay our fees and the costs of your chapter 7 bankruptcy. Before you make that choice, we want you to understand the work that's involved in a chapter 7 case. That work is divided into three lists:

### *Pre-Filing Services*

- Meeting and consulting with you as needed prior to filing your case;
- Analyzing the information from your intake questionnaire and other documents;
- Providing due diligence, legal analysis and legal advice in order to help you make important legal choices and to comply with the bankruptcy code and rules; and
- Preparing and filing your Chapter 7 Voluntary Petition, Statement about Social Security Numbers, Pre-Filing Credit Counseling Certificate and List of Creditors to start your Chapter 7 case.

### *Post-Filing Services*

- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures;
- Conducting a second signing appointment for you to review and sign your statements and schedules;
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrating and monitoring your case and communicating with you throughout the process;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Noticing your employer to stop any garnishments;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations; and
- Any legal service required by the local rules.

### *Supplemental Post-Filing Services*

- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;



**EXHIBIT** *J*

*6*

- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules; and
- Preparing and filing a motion to reinstate the case.

## *Excluded Services*

Unless provided otherwise in writing below, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.
- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing to provide any Excluded Services, they are limited to the following:___N/A_____

## 2. *Your Options to Pay the Court's $335 Filing Fee and Our Attorney Fee*

### A.  Filing Fee

The Court requires you to pay a $335 filing fee which you must pay before we file your case.  If you are unable to pay the filing fee before your case is filed, you may be able to make payments to the Court or to us as provided below.

### B.  Attorney Fee

The Law Firm offers two options for you to pay our attorney fees for your chapter 7 bankruptcy.  You can either *"Pay Before You File"* or *"File Now Pay Later."* The costs and other terms of each Option are discussed below, and you must choose one of these two Options that is best for you by writing your initials in the box next to your selection. We will be pleased to represent you under either of these options.

---

☐   ## Option #1 – *Pay Before You File*

Under this *Pay Before You File* option, you will only sign this one agreement, and the Law Firm will provide both the Pre-Filing Services and the Post-Filing Services listed above. Our attorney fee for filing and handling your chapter 7 bankruptcy will be $ 1,315.00, plus your $335 filing fee. This *Pay Before You File* option is less expensive to you, **but:**

(1) *you are required to pay the full amount of attorney fees before your case is filed,*

(2) if you require any of the Supplemental Post-Filing Services described above *you will be required to pay additional legal fees* based on our hourly rates of **$250/hour** for attorney time and **$120/hour** for paralegal time,

(3) the Law Firm may provide some of the Post-Filing Services before the case is

---

filed, and

(4) if you are unable to pay the $335 filing fee the Court may allow you to pay the $335 in installments after the case is filed. ***Initial here _____ if you are unable to pay the $335 filing fee before your case is filed and want to request that the Court allow you to pay the filing fee in installment payments.***

---

☒ ## Option #2 – *File Now Pay Later*

·*This File Now Pay Later option is more expensive to you, but will include more legal services and allow you to pay some or all of our attorney fee (and, if applicable, your filing fee) in installments over twelve (12) months after we file your case.* Under the *File Now Pay Later* option, we will split our work for you into two separate agreements in order to offer you the ability to pay after your case is filed. You may review the second agreement before you sign this agreement.

Under this Pre-Filing Agreement, we will **only provide the Pre-Filing Services listed above**. Our fee for the Pre-Filing Services will be $ _580.00_ which must be paid in full before we file your case and ☑ does ☐ does not include the filing fee. ***The Pre-Filing Services are not all of the tasks that must be completed to successfully complete your chapter 7 case.***

After your case is filed, you will have three choices:

- You can represent yourself in your bankruptcy case (called "proceeding *pro se*");
- You can hire another attorney to represent you in your bankruptcy case; or,
- *Within ten (10) days after your case is filed*, you can enter into a **Post-Filing Agreement** with us.

If you choose to represent yourself or to hire another attorney to represent you (either of which are completely up to you) you will not owe us anything additional. We will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

If you choose to enter into a **Post-Filing Agreement** with us, we will provide you with the Post-Filing Services AND the Supplemental Post-Filing Services listed above, and our fee for these services will be $2,500.00. You will be able to pay this fee over a period of twelve (12) months after we file your case. This fee includes the $335 filing fee (unless you pay the filing fee in advance) and we will not charge you additional fees for the Supplemental Post-Filing Services if they are needed in your case.

You may choose to pay our fee on any of the following payment schedules, and you may choose the date for your first payment so long as it is no later than thirty (30) days after you sign the second fee agreement with the Law Firm.

---

### File Now Pay Later
### Payment Options

**Choose One:**

☐  52 equal weekly payments of $_____

☐  26 equal bi-weekly payments of $_____

☐  24 equal semi-monthly payments of $_____

☒  12 equal monthly payments of $ *160.00*

THERE ARE IMPORTANT DISCLOSURES CONCERNING THE *FILE NOW PAY LATER* OPTION THAT ARE FOUND BELOW AND THAT YOU SHOULD READ VERY CAREFULLY BEFORE SELECTING THIS OPTION.

---

## 3. Information about the Lender the Law Firm Uses so it can Offer the File Now Pay Later Option

If you choose the *File Now Pay Later* option and sign a Post-Filing Agreement, the Law Firm will borrow money on a line of credit that it has with a company called Fresh Start Funding ("FSF"). This helps the Law Firm manage its finances when it offers you payment terms to pay your attorney fees. FSF also assists the Law Firm in managing the payments that you will make. After your case is filed you will sign a separate Payment Authorization form (you may review this form before you sign this agreement) that authorizes FSF to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information about FSF and the Law Firm's relationship with that company, your understanding of which is acknowledged by you signing this agreement:

A. **Higher Attorney Fee.** As also described above, the *File Now Pay Later* option requires you to pay a higher attorney fee. There are a number of reasons for this:

   a. The Law Firm performs additional work to split your engagement;

   b. The Law Firm takes on risk by allowing you to pay your attorney fee over time instead of collecting the entire fee up front;

   c. The *File Now Pay Later* option provides you with the benefit of a quicker filing than you might obtain if you had to come up with the money to pay in advance;

   d. The *File Now Pay Later* option gives you an opportunity to begin rebuilding your credit score when you make timely payments toward your attorney fee;

   e. With the *File Now Pay Later* option, if you require the Supplemental Post-Filing Services the Law Firm will not charge you additional fees; and

   f. FSF charges a fee for its financing, payment management, credit reporting and other services to the Law Firm, and that fee is equal to 25% of the fees that the Law Firm charges you under the Post-Filing Agreement.

4

B. **Limited Sharing of Information with FSF**. Because FSF will act as the Law Firm's agent to manage your payments, the Law Firm must share limited information with FSF, including your Post-Services Filing Agreement, information about your income and employment, and personal information that you will fill out on the Payment Authorization Form.

C. **Collection Actions**. The Law Firm gives FSF a lien against the amount that you will owe under the Post-Petition Service Agreement, and if the Law Firm fails to meet its obligations to FSF, FSF could choose to take control over your payments to the Law Firm. If this happens and you do not make your payments when they are due, FSF could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

D. **Negative Credit Reporting**. If you fail to make payments toward your attorney fee as agreed in the Post-Filing Agreement, FSF can report negatively on your credit.

E. **Ability to Make Payments**. The statements and schedules that are filed with the court on your behalf may show that your expenses exceed your income. You nonetheless believe that the File Now Pay Later option is the best choice for you and you believe that you can make the required payments to FSF.

F. **Underwriting Guidelines**. FSF has underwriting guidelines for determining which Law Firm clients qualify for the FSF program. If you do not meet the guidelines, the Law Firm reserves the right to not offer the File Now Pay Later option to you. The Law Firm is happy to share the underwriting guidelines with you.

## 4. *Important Information about Conflicts of Interest*

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C. The Law Firm is filing your case hoping that you will sign a Post-Filing Agreement, and this may create a conflict of interest between you and the Law Firm since executing the Post-Filing Agreement will obligate you to make post-filing payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D. As described above, it you choose the *File Now Pay Later* option and enter into a Post-Filing Agreement, the Law Firm will borrow funds from FSF based on the amount that you owe the Law Firm. This may place the Law Firm in conflict with you since the Law Firm expects to receive payments from you in order to repay FSF. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E. If you choose the *File Now Pay Later* option but choose not to sign a Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

F.  If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed *pro se* or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm or FSF started collection actions against you for the attorney fee that you owe under the Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you (please note, however, that FSF has agreed to not commence any collection actions against you so long as the Law Firm represents you). By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

## 5. *Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee*

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A.  **Providing Information and Documents to the Law Firm.** For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B.  **Credit Counseling and Financial Management Courses.** Before your case is filed, you must complete a credit counseling course and provide the Law Firm with a certificate proving that the course has been completed, and failing to do this will result in your case being dismissed. After your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course also has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C.  **Cooperating with the Chapter 7 Trustee.** The Bankruptcy Court will appoint a chapter 7 trustee for your case. The trustee will have various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D.  **Your Creditor's Meeting and Other Examinations.** Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## 6. Additional Important Terms

A. **Unbundling or Limited-Scope Representation**.  By signing below, you acknowledge that the Law Firm has expressed that it is ready, willing and able to represent you for your entire chapter 7 case, even if you choose the *File Now Pay Later* option, which will require you to sign a Post-Filing Agreement. If you choose the *File Now Pay Later* option, you further represent that you are not doing this with the intention of having the Law Firm simply file your case and then withdraw, but instead to facilitate you making payments over time for your attorney fee so that you can have an attorney represent you through the entire chapter 7 process.

B. **Chapter 13**. After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. **Required Disclosures**.  By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

D. **Credit Reports**.  In order to ensure that all of your creditors are listed in your Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, you authorize the Law Firm to obtain such credit reports.

E. **Credit Cards and Non-Dischargeable Debts**. From this point forward, you must not charge anything to any of your credit cards or incur additional debt without first consulting with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

F. **No Right to Dismissal of Your Case**. By signing below you acknowledge that you understand that once your chapter 7 has been filed, you may not be able to voluntarily dismiss your case.

G. **Arbitration of Fee Disputes.** If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program.  Either party may initiate fee arbitration by contacting the State Bar.

H. **Electronic Data**.  You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be

stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

i.   **File Retention**. You understand that the Law Firm will only retain your client file for five (5) years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

8:56 Am Cst

_Steve Thomas 3/2/2020_ _____
Client                      Date               Client              Date

_[signature]_ 3/2/2020
Attorney                    Date        8:56 Am cst

### Post-Filing Agreement

By signing this agreement, you are hiring Harris and Harris, PSC (the "Law Firm") to continue to represent you in your chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## 1. *The Work Involved to Complete your Chapter 7 Case*

The legal services you may need to complete your Chapter 7, and the services that the Law Firm is agreeing to provide, are as follows:

- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures;
- Conducting a second signing appointment for you to review and sign your statements and schedules;
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrating and monitoring your case and communicating with you throughout the process;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Noticing your employer to stop any garnishments;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations;
- Any legal service required by the local rules;
- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;
- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules; and
- Preparing and filing a motion to reinstate the case.

*Excluded Services*

Unless provided otherwise in writing below, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.



- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing to provide any Excluded Services, they are limited to the following:____N/A____

## 2. *Payment of Costs to Complete your Chapter 7 Case*

*1920.00*

By entering into this agreement, you are agreeing to pay the Law Firm $ ~~2,500.00~~ for the services described above. You can pay the fee on any of the following twelve (12) month payment schedules, and the date your first payment is due will be _____4/1/2020_____ (you can pick any date no later than thirty (30) days after you sign this agreement).

---

| | *File Now Pay Later* Payment Options |
|---|---|

**Choose One:**

- ☐  52 equal weekly payments of $_____
- ☐  26 equal bi-weekly payments of $_____
- ☐  24 equal semi-monthly payments of $_____
- ☑  12 equal monthly payments of $ *160.00*

**THERE ARE IMPORTANT DISCLOSURES CONCERNING THIS AGREEMENT THAT ARE FOUND BELOW AND THAT YOU SHOULD READ VERY CAREFULLY BEFORE SIGNING THIS AGREEMENT.**

## 3. *Information about the Lender the Law Firm Uses so it can Offer the File Now Pay Later Option*

The Law Firm will borrow money on a line of credit that it has with a company called Fresh Start Funding ("FSF"). This helps the Law Firm manage its finances when it offers you payment terms to pay your attorney fees. FSF also assists the Law Firm in managing the payments that you will make. At the same time you sign this agreement, you will sign a separate Payment Authorization form (you may review this form before you sign this agreement) that authorizes FSF to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information about FSF and the Law Firm's relationship with that company, your understanding of which is acknowledged by you signing this agreement:

A. **Higher Attorney Fee.** As described in the previous agreement you signed with the Law Firm, the *File Now Pay Later* option requires you to pay a higher attorney fee. There are a number of reasons for this:

    a. The Law Firm performs additional work to split your engagement;

2

b.  The Law Firm takes on risk by allowing you to pay your attorney fee over time instead of collecting the entire fee up front;

c.  The *File Now Pay Later* option provides you with the benefit of a quicker filing than you might obtain if you had to come up with the money to pay in advance;

d.  The *File Now Pay Later* option gives you an opportunity to begin rebuilding your credit score when you make timely payments toward your attorney fee;

e.  The Law Firm will not charge you additional fees for certain services that if required would otherwise cost you more if you had paid the entire fee before your case was filed; and

f.  FSF charges a fee for its financing, payment management, credit reporting and other services to the Law Firm, and that fee is equal to 25% of the fees that the Law Firm charges you under this Post-Filing Agreement.

B.  **Limited Sharing of Information with FSF**. Because FSF will act as the Law Firm's agent to manage your payments, the Law Firm must share limited information with FSF, including this Post-Services Filing Agreement, information about your income and employment, and personal information that you will fill out on the Payment Authorization Form.

C.  **Collection Actions**. The Law Firm gives FSF a lien against the amount that you will owe under the Post-Petition Service Agreement, and if the Law Firm fails to meet its obligations to FSF, FSF could choose to take control over your payments to the Law Firm. If this happens and you do not make your payments when they are due, FSF could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

D.  **Negative Credit Reporting**. If you fail to make payments toward your attorney fee as agreed in this Post-Filing Agreement, FSF can report negatively on your credit.

E.  **Ability to Make Payments**. The statements and schedules that are filed with the court on your behalf may show that your expenses exceed your income. You nonetheless believe that the File Now Pay Later option is the best choice for you and you believe that you can make the required payments to FSF.

F.  **Underwriting Guidelines**. FSF has underwriting guidelines for determining which Law Firm clients qualify for the FSF program. If you do not meet the guidelines, the Law Firm reserves the right to not offer the File Now Pay Later option to you. The Law Firm is happy to share the underwriting guidelines with you.

## 4.  *Important Information about Conflicts of Interest*

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A.  Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B.  There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C.  You are not required to sign this Post-Filing Agreement but the Law Firm filed your case hoping that you would sign it, and this creates a conflict of interest between you and the Law Firm since executing this

3

Post-Filing Agreement obligates you to make payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D.  The Law Firm will borrow funds from FSF based on the amount that you owe the Law Firm. This may place the Law Firm in conflict with you since the Law Firm expects to receive payments from you in order to repay FSF. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E.  If you choose not to sign this Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

F.  If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed *pro se* or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm or FSF started collection actions against you for the attorney fee that you owe under this Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you (please note, however, that FSF has agreed to not commence any collection actions against you so long as the Law Firm represents you). By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

## 5. *Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee*

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A.  **Providing Information and Documents to the Law Firm**. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B.  **Credit Counseling and Financial Management Courses**. Before your case was filed, you completed a credit counseling course.  Now that your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C.  **Cooperating with the Chapter 7 Trustee**. The Bankruptcy Court appointed a chapter 7 trustee for your case. The trustee has various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By

signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D. **Your Creditor's Meeting and Other Examinations.** Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## 6. *Additional Important Terms*

A. **Unbundling or Limited-Scope Representation.** By signing below, you acknowledge that prior to you signing this agreement, the Law Firm expressed that it was ready, willing and able to represent you for your entire chapter 7 case, even though you chose the *File Now Pay Later* option which requires you to sign this Post-Filing Agreement. You further represent that you did not enter into the first agreement with the Law Firm with the intention of having the Law Firm simply file your case and then withdraw, but instead to facilitate you making payments over time for your attorney fee so that you can have an attorney represent you through the entire chapter 7 process.

B. **Chapter 13.** After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. **Required Disclosures.** By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

D. **Non-Dischargeable Debts.** Obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

E. **No Right to Dismissal of Your Case.** By signing below you acknowledge that you understand that once your chapter 7 was filed, you may not be able to voluntarily dismiss your case.

F. **Arbitration of Fee Disputes.** If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program. Either party may initiate fee arbitration by contacting the State Bar.

G. **Electronic Data.** You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of

communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

H. **Right of Rescission.** If you wish to cancel this agreement, you must notify us in writing of the cancellation within three (3) business days from the date you sign. If you cancel, we will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

I. **File Retention.** You understand that the Law Firm will only retain your client file for ___5___ years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

9:38 Am cst

_Stephen Allen Thomas_  3/2/2020
Client                              Date/Time

Client                              Date/Time

_[signature]_  3/2/2020
Attorney                         Date

9:38 Am cst

**RECURRING PAYMENT AUTHORIZATION & CONSENT FORM**

Debtor/Co-Debtor Name(s): _Stephen Allen Thomas_

Law Firm Name: _Harris and Harris PSL_          Contract Amount: $ _1,920.00_

**Payment Plan** (*pick only one*)

☐ **52 Weekly Payments**, every _____ (day of the week), starting on ____ / ____ / _____

☐ **26 Bi-Weekly Payments**, every other _____ (day of the week), starting on ____ / ____ / _____

☐ **24 Semi-Monthly Payments**, every _____ and _____ (dates of the month), starting on ____ / ____ / _____

☑ **12 Monthly Payments**, every _1st_ (date of the month), starting on _04/01/2020_

**Debit Card & Bank Account Information** (*fill in all fields*)

Name on Debit Card/Account: _Stephen A. Thomas_

Debit Card No.: _ __ __ __ _ __ __ __ _ __ __ __ _ __ __ __

Card Expires: ____ , ____ , (Month/Year)          CVV/CVC (3-digit code on back of card) ____ ____ ____

Billing Street Address: _370 N. Hwy 127_

City _Russell Springs_                    State _KY_          Zip Code _42642_

Bank Name: _BB&T_                              ☐ Checking    ☐ Savings

Account Number: _____          Routing Number: _____

**General Information** (fill in all applicable fields)

Debtor's Email: _Steve405@hotmail.com_      Debtor's Cell Phone: _(270) 403-5516_

Debtor's SSN: ____ ____ - ____ - _____      Debtor's Date of Birth: ____ , ____ , _____

Co-Debtor's Email: _____          Co-Debtor's Cell Phone: (____) ____ - _____

Co-Debtor's SSN: ____ - ____ - _____      Co-Debtor's Date of Birth: ____ / ____ / _____

*By signing below, the person or persons listed above as "Debtor" and/or "Co-Debtor" (i) authorize Fresh Start Funding ("FSF"), as an agent of the Law Firm, to collect the payments described above and debit the listed debit card and/or bank account until the Contract Amount is paid in full, (2) authorize their depository institution to debit the same to their account, (3) agree that the Law Firm may collaterally assign to FSF the payments due the Law Firm as collateral for financing, (4) authorize FSF to communicate with them via mail, e-mail, text, and/or telephone, (5) agree that if a payment does not process for any reason, the payment may be re-attempted multiple times and on different dates until the payment clears, even if it means the end date of this payment contract will be extended, (6) agree that FSF may accept and rely upon telephonic or electronic communications from them confirming modified payment terms, (7) agree that an additional $25.00 may be charged for each returned payment, which charge may be debited from their account separately from their regular recurring payment, and (8) certify that they are an authorized user of this debit card and/or bank account.*

SIGNATURE _Stephen Allen Thomas_            DATE/TIME _3/2/2020 9:42 Am CST_

SIGNATURE _____            DATE/TIME _____

*Robert J. Shell Ray*

## <u>Pre-Filing Agreement</u>

By signing this agreement, you are hiring Harris and Harris, PSC (the "Law Firm") to represent you in a chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## *1. The Work Involved in a Chapter 7 Case*

Below, we will give you two options to pay our fees and the costs of your chapter 7 bankruptcy. Before you make that choice, we want you to understand the work that's involved in a chapter 7 case. That work is divided into three lists:

### *Pre-Filing Services*

- Meeting and consulting with you as needed prior to filing your case;
- Analyzing the information from your intake questionnaire and other documents;
- Providing due diligence, legal analysis and legal advice in order to help you make important legal choices and to comply with the bankruptcy code and rules; and
- Preparing and filing your Chapter 7 Voluntary Petition, Statement about Social Security Numbers, Pre-Filing Credit Counseling Certificate and List of Creditors to start your Chapter 7 case.

### *Post-Filing Services*

- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures;
- Conducting a second signing appointment for you to review and sign your statements and schedules;
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrating and monitoring your case and communicating with you throughout the process;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Noticing your employer to stop any garnishments;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations; and
- Any legal service required by the local rules.

### *Supplemental Post-Filing Services*

- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;

**EXHIBIT** <u>K</u>

- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules; and
- Preparing and filing a motion to reinstate the case.

### *Excluded Services*

Unless provided otherwise in writing below, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.
- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing to provide any Excluded Services, they are limited to the following:    **N/A**

## 2. *Your Options to Pay the Court's $335 Filing Fee and Our Attorney Fee*

### A.  Filing Fee

The Court requires you to pay a $335 filing fee which you must pay before we file your case.  If you are unable to pay the filing fee before your case is filed, you may be able to make payments to the Court or to us as provided below.

### B.  Attorney Fee

The Law Firm offers two options for you to pay our attorney fees for your chapter 7 bankruptcy.  You can either *"Pay Before You File"* or *"File Now Pay Later."* The costs and other terms of each Option are discussed below, and you must choose one of these two Options that is best for you by writing your initials in the box next to your selection. We will be pleased to represent you under either of these options.

☐

## Option #1 – *Pay Before You File*

Under this *Pay Before You File* option, you will only sign this one agreement, and the Law Firm will provide both the Pre-Filing Services and the Post-Filing Services listed above. Our attorney fee for filing and handling your chapter 7 bankruptcy will be $ 1,315.00, plus your $335 filing fee. This *Pay Before You File* option is less expensive to you, but:

(1) *you are required to pay the full amount of attorney fees before your case is filed,*

(2) *if you require any of the Supplemental Post-Filing Services described above you will be required to pay additional legal fees* based on our hourly rates of **$250/hour** for attorney time and **$120/hour** for paralegal time,

(3) the Law Firm may provide some of the Post-Filing Services before the case is

filed, and

(4) If you are unable to pay the $335 filing fee the Court may allow you to pay the $335 in installments after the case is filed. *Initial here_____ if you are unable to pay the $335 filing fee before your case is filed and want to request that the Court allow you to pay the filing fee in installment payments.*

☒

## Option #2 – *File Now Pay Later*

*This File Now Pay Later option is more expensive to you, but will include more legal services and allow you to pay some or all of our attorney fee (and, if applicable, your filing fee) in installments over twelve (12) months after we file your case.* Under the *File Now Pay Later* option, we will split our work for you into two separate agreements in order to offer you the ability to pay after your case is filed. You may review the second agreement before you sign this agreement.

Under this Pre-Filing Agreement, we will <u>**only provide the Pre-Filing Services listed above**</u>. Our fee for the Pre-Filing Services will be $_____0_____ which must be paid in full before we file your case and ☐ does ☒ <u>does not</u> include the filing fee. *The Pre-Filing Services are not all of the tasks that must be completed to successfully complete your chapter 7 case.*

After your case is filed, you will have three choices:

- You can represent yourself in your bankruptcy case (called "proceeding *pro se*");
- You can hire another attorney to represent you in your bankruptcy case; or,
- *Within ten (10) days after your case is filed*, you can enter into a **Post-Filing Agreement** with us.

If you choose to represent yourself or to hire another attorney to represent you (either of which are completely up to you) you will not owe us anything additional. We will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

If you choose to enter into a **Post-Filing Agreement** with us, we will provide you with the Post-Filing Services AND the Supplemental Post-Filing Services listed above, and our fee for these services will be $2,500.00. You will be able to pay this fee over a period of twelve (12) months after we file your case. This fee includes the $335 filing fee (unless you pay the filing fee in advance) and we will not charge you additional fees for the Supplemental Post-Filing Services if they are needed in your case.

You may choose to pay our fee on any of the following payment schedules, and you may choose the date for your first payment so long as it is no later than thirty (30) days after you sign the second fee agreement with the Law Firm.

---

### File Now Pay Later
### Payment Options

**Choose One:**

☐    52 equal weekly payments of $_____

☐    26 equal bi-weekly payments of $_____

☐    24 equal semi-monthly payments of $_____

☒    12 equal monthly payments of $ _208.33_

**THERE ARE IMPORTANT DISCLOSURES CONCERNING THE *FILE NOW PAY LATER* OPTION THAT ARE FOUND BELOW AND THAT YOU SHOULD READ VERY CAREFULLY BEFORE SELECTING THIS OPTION.**

---

## 3.  *Information about the Lender the Law Firm Uses so it can Offer the File Now Pay Later Option*

If you choose the *File Now Pay Later* option and sign a Post-Filing Agreement, the Law Firm will borrow money on a line of credit that it has with a company called Fresh Start Funding ("FSF"). This helps the Law Firm manage its finances when it offers you payment terms to pay your attorney fees. FSF also assists the Law Firm in managing the payments that you will make.   After your case is filed you will sign a separate Payment Authorization form (you may review this form before you sign this agreement) that authorizes FSF to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information about FSF and the Law Firm's relationship with that company, your understanding of which is acknowledged by you signing this agreement:

A.  **Higher Attorney Fee.** As also described above, the *File Now Pay Later* option requires you to pay a higher attorney fee. There are a number of reasons for this:

   a.  The Law Firm performs additional work to split your engagement;

   b.  The Law Firm takes on risk by allowing you to pay your attorney fee over time instead of collecting the entire fee up front;

   c.  The *File Now Pay Later* option provides you with the benefit of a quicker filing than you might obtain if you had to come up with the money to pay in advance;

   d.  The *File Now Pay Later* option gives you an opportunity to begin rebuilding your credit score when you make timely payments toward your attorney fee;

   e.  With the *File Now Pay Later* option, if you require the Supplemental Post-Filing Services the Law Firm will not charge you additional fees; and

   f.  FSF charges a fee for its financing, payment management, credit reporting and other services to the Law Firm, and that fee is equal to 25% of the fees that the Law Firm charges you under the Post-Filing Agreement.

4

B. **Limited Sharing of Information with FSF.** Because FSF will act as the Law Firm's agent to manage your payments, the Law Firm must share limited information with FSF, including your Post-Services Filing Agreement, information about your income and employment, and personal information that you will fill out on the Payment Authorization Form.

C. **Collection Actions.** The Law Firm gives FSF a lien against the amount that you will owe under the Post-Petition Service Agreement, and if the Law Firm fails to meet its obligations to FSF, FSF could choose to take control over your payments to the Law Firm. If this happens and you do not make your payments when they are due, FSF could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

D. **Negative Credit Reporting.** If you fail to make payments toward your attorney fee as agreed in the Post-Filing Agreement, FSF can report negatively on your credit.

E. **Ability to Make Payments.** The statements and schedules that are filed with the court on your behalf may show that your expenses exceed your income. You nonetheless believe that the File Now Pay Later option is the best choice for you and you believe that you can make the required payments to FSF.

F. **Underwriting Guidelines.** FSF has underwriting guidelines for determining which Law Firm clients qualify for the FSF program. If you do not meet the guidelines, the Law Firm reserves the right to not offer the File Now Pay Later option to you. The Law Firm is happy to share the underwriting guidelines with you.

## 4. *Important Information about Conflicts of Interest*

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C. The Law Firm is filing your case hoping that you will sign a Post-Filing Agreement, and this may create a conflict of interest between you and the Law Firm since executing the Post-Filing Agreement will obligate you to make post-filing payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D. As described above, it you choose the *File Now Pay Later* option and enter into a Post-Filing Agreement, the Law Firm will borrow funds from FSF based on the amount that you owe the Law Firm. This may place the Law Firm in conflict with you since the Law Firm expects to receive payments from you in order to repay FSF. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E. If you choose the *File Now Pay Later* option but choose not to sign a Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

F.  If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed *pro se* or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm or FSF started collection actions against you for the attorney fee that you owe under the Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you (please note, however, that FSF has agreed to not commence any collection actions against you so long as the Law Firm represents you).  By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

## 5. *Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee*

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A.  **Providing Information and Documents to the Law Firm**. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B.  **Credit Counseling and Financial Management Courses**. Before your case is filed, you must complete a credit counseling course and provide the Law Firm with a certificate proving that the course has been completed, and failing to do this will result in your case being dismissed. After your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course also has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C.  **Cooperating with the Chapter 7 Trustee**. The Bankruptcy Court will appoint a chapter 7 trustee for your case. The trustee will have various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D.  **Your Creditor's Meeting and Other Examinations**. Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## 6. *Additional Important Terms*

A. **Unbundling or Limited-Scope Representation**.  By signing below, you acknowledge that the Law Firm has expressed that it is ready, willing and able to represent you for your entire chapter 7 case, even if you choose the *File Now Pay Later* option, which will require you to sign a Post-Filing Agreement. If you choose the *File Now Pay Later* option, you further represent that you are not doing this with the intention of having the Law Firm simply file your case and then withdraw, but instead to facilitate you making payments over time for your attorney fee so that you can have an attorney represent you through the entire chapter 7 process.

B. **Chapter 13**. After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. **Required Disclosures**.  By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

D. **Credit Reports**.  In order to ensure that all of your creditors are listed in your Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, you authorize the Law Firm to obtain such credit reports.

E. **Credit Cards and Non-Dischargeable Debts**. From this point forward, you must not charge anything to any of your credit cards or incur additional debt without first consulting with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

F. **No Right to Dismissal of Your Case**. By signing below you acknowledge that you understand that once your chapter 7 has been filed, you may not be able to voluntarily dismiss your case.

G. **Arbitration of Fee Disputes**. If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program.  Either party may initiate fee arbitration by contacting the State Bar.

H. **Electronic Data**.  You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be

stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

l.   **File Retention.** You understand that the Law Firm will only retain your client file for five (5) years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

_Robert J Ray_  2-27-20          _Sheila Ray_  2-27-20
Client                 Date          Client                 Date

_[signature]_  2/27/2020
Attorney              Date

8

## Post-Filing Agreement

By signing this agreement, you are hiring Harris and Harris, PSC (the "Law Firm") to continue to represent you in your chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## 1. The Work Involved to Complete your Chapter 7 Case

The legal services you may need to complete your Chapter 7, and the services that the Law Firm is agreeing to provide, are as follows:

- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures;
- Conducting a second signing appointment for you to review and sign your statements and schedules;
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrating and monitoring your case and communicating with you throughout the process;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Noticing your employer to stop any garnishments;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations;
- Any legal service required by the local rules;
- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;
- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules; and
- Preparing and filing a motion to reinstate the case.

### Excluded Services

Unless provided otherwise in writing below, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.

1

- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing to provide any Excluded Services, they are limited to the following:   N/A

## 2. Payment of Costs to Complete your Chapter 7 Case

By entering into this agreement, you are agreeing to pay the Law Firm $ ~~250.00~~ 2,500.00 for the services described above.  You can pay the fee on any of the following twelve (12) month payment schedules, and the date your first payment is due will be   3/22/2020   (you can pick any date no later than thirty (30) days after you sign this agreement).

| File Now Pay Later Payment Options |
| --- |

**Choose One:**

- ☐ 52 equal weekly payments of $_____
- ☐ 26 equal bi-weekly payments of $_____
- ☐ 24 equal semi-monthly payments of $_____
- ☒ 12 equal monthly payments of $ 208.33

**THERE ARE IMPORTANT DISCLOSURES CONCERNING THIS AGREEMENT THAT ARE FOUND BELOW AND THAT YOU SHOULD READ VERY CAREFULLY BEFORE SIGNING THIS AGREEMENT.**

## 3. Information about the Lender the Law Firm Uses so it can Offer the File Now Pay Later Option

The Law Firm will borrow money on a line of credit that it has with a company called Fresh Start Funding ("FSF"). This helps the Law Firm manage its finances when it offers you payment terms to pay your attorney fees. FSF also assists the Law Firm in managing the payments that you will make.  At the same time you sign this agreement, you will sign a separate Payment Authorization form (you may review this form before you sign this agreement) that authorizes FSF to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information about FSF and the Law Firm's relationship with that company, your understanding of which is acknowledged by you signing this agreement:

A. **Higher Attorney Fee.** As described in the previous agreement you signed with the Law Firm, the *File Now Pay Later* option requires you to pay a higher attorney fee. There are a number of reasons for this:

    a. The Law Firm performs additional work to split your engagement;

    b.  The Law Firm takes on risk by allowing you to pay your attorney fee over time instead of collecting the entire fee up front;

    c.  The *File Now Pay Later* option provides you with the benefit of a quicker filing than you might obtain if you had to come up with the money to pay in advance;

    d.  The *File Now Pay Later* option gives you an opportunity to begin rebuilding your credit score when you make timely payments toward your attorney fee;

    e.  The Law Firm will not charge you additional fees for certain services that if required would otherwise cost you more if you had paid the entire fee before your case was filed; and

    f.  FSF charges a fee for its financing, payment management, credit reporting and other services to the Law Firm, and that fee is equal to 25% of the fees that the Law Firm charges you under this Post-Filing Agreement.

B.  **Limited Sharing of Information with FSF**. Because FSF will act as the Law Firm's agent to manage your payments, the Law Firm must share limited information with FSF, including this Post-Services Filing Agreement, information about your income and employment, and personal information that you will fill out on the Payment Authorization Form.

C.  **Collection Actions**. The Law Firm gives FSF a lien against the amount that you will owe under the Post-Petition Service Agreement, and if the Law Firm fails to meet its obligations to FSF, FSF could choose to take control over your payments to the Law Firm. If this happens and you do not make your payments when they are due, FSF could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

D.  **Negative Credit Reporting**. If you fail to make payments toward your attorney fee as agreed in this Post-Filing Agreement, FSF can report negatively on your credit.

E.  **Ability to Make Payments**. The statements and schedules that are filed with the court on your behalf may show that your expenses exceed your income. You nonetheless believe that the File Now Pay Later option is the best choice for you and you believe that you can make the required payments to FSF.

F.  **Underwriting Guidelines**. FSF has underwriting guidelines for determining which Law Firm clients qualify for the FSF program. If you do not meet the guidelines, the Law Firm reserves the right to not offer the File Now Pay Later option to you. The Law Firm is happy to share the underwriting guidelines with you.

## 4. *Important Information about Conflicts of Interest*

    A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A.  Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B.  There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C.  You are not required to sign this Post-Filing Agreement but the Law Firm filed your case hoping that you would sign it, and this creates a conflict of interest between you and the Law Firm since executing this

Post-Filing Agreement obligates you to make payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D. The Law Firm will borrow funds from FSF based on the amount that you owe the Law Firm. This may place the Law Firm in conflict with you since the Law Firm expects to receive payments from you in order to repay FSF. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E. If you choose not to sign this Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

F. If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed *pro se* or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm or FSF started collection actions against you for the attorney fee that you owe under this Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you (please note, however, that FSF has agreed to not commence any collection actions against you so long as the Law Firm represents you).  By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

## 5. *Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee*

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A. **Providing Information and Documents to the Law Firm**. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B. **Credit Counseling and Financial Management Courses**. Before your case was filed, you completed a credit counseling course.  Now that your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C. **Cooperating with the Chapter 7 Trustee**. The Bankruptcy Court appointed a chapter 7 trustee for your case. The trustee has various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors.  By

signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D. **Your Creditor's Meeting and Other Examinations.** Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card. and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## 6. Additional Important Terms

A. **Unbundling or Limited-Scope Representation.** By signing below, you acknowledge that prior to you signing this agreement, the Law Firm expressed that it was ready, willing and able to represent you for your entire chapter 7 case, even though you chose the *File Now Pay Later* option which requires you to sign this Post-Filing Agreement. You further represent that you did not enter into the first agreement with the Law Firm with the intention of having the Law Firm simply file your case and then withdraw, but instead to facilitate you making payments over time for your attorney fee so that you can have an attorney represent you through the entire chapter 7 process.

B. **Chapter 13**. After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. **Required Disclosures**. By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

D. **Non-Dischargeable Debts**. Obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

E. **No Right to Dismissal of Your Case**. By signing below you acknowledge that you understand that once your chapter 7 was filed, you may not be able to voluntarily dismiss your case.

F. **Arbitration of Fee Disputes.** If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program. Either party may initiate fee arbitration by contacting the State Bar.

G. **Electronic Data**. You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of

communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

H. **Right of Rescission.** If you wish to cancel this agreement, you must notify us in writing of the cancellation within three (3) business days from the date you sign. If you cancel, we will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

I. **File Retention.** You understand that the Law Firm will only retain your client file for __5__ years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

_Sheila Lois Ray 3-2-20_       _Robert L Ray 3-2-20_
Client      Date/Time 5.58 p.m. cst      Client      Date/Time 5.58 p n. cst

_[signature]_ 3/2/2020 5:58 pm cst
Attorney      Date

6

**RECURRING PAYMENT AUTHORIZATION & CONSENT FORM**

Debtor/Co-Debtor Name(s): Robert and Sheila Ray

Law Firm Name: Harris and Harris PSC     Contract Amount: $ 2,500.00

**Payment Plan** (*pick only one*)

☐ **52 Weekly Payments**, every _____ (day of the week), starting on _____ / _____ / _____

☐ **26 Bi-Weekly Payments**, every other _____ (day of the week), starting on _____ / _____ / _____

☐ **24 Semi-Monthly Payments**, every _____ and _____ (dates of the month), starting on _____ / _____ / _____

☒ **12 Monthly Payments**, every 22 (date of the month), starting on 03 / 22 / 2020

**Debit Card & Bank Account Information** (*fill in all fields*)

Name on Debit Card/Account: Sheila Lois Ray

Debit Card No.:

Card Expires: _____ (Month/Year)     CVV/CVC (3-digit code on back of card) _____ / _____

Billing Street Address: 300 Parl Price Road

City: Greensburg     State: KY     Zip Code: 42743

Bank Name: Forcht Bank     ☒ Checking   ☐ Savings

Account Number: _____     Routing Number: _____

**General Information** (fill in all applicable fields)

Debtor's Email: sheila.ray16@yahoo.com     Debtor's Cell Phone: (270) 932-0506

Debtor's SSN _____     Debtor's Date of Birth:

Co-Debtor's Email: sheila.ray16@yahoo.com     Co-Debtor's Cell Phone: (270) 932-0506

Co-Debtor's SSN _____     Co-Debtor's Date of Birth:

*By signing below, the person or persons listed above as "Debtor" and/or "Co-Debtor" (i) authorize Fresh Start Funding ("FSF"), as an agent of the Law Firm, to collect the payments described above and debit the listed debit card and/or bank account until the Contract Amount is paid in full, (2) authorize their depository institution to debit the same to their account, (3) agree that the Law Firm may collaterally assign to FSF the payments due the Law Firm as collateral for financing, (4) authorize FSF to communicate with them via mail, e-mail, text, and/or telephone, (5) agree that if a payment does not process for any reason, the payment may be re-attempted multiple times and on different dates until the payment clears, even if it means the end date of this payment contract will be extended, (6) agree that FSF may accept and rely upon telephonic or electronic communications from them confirming modified payment terms, (7) agree that an additional $25.00 may be charged for each returned payment, which charge may be debited from their account separately from their regular recurring payment, and (8) certify that they are an authorized user of this debit card and/or bank account.*

SIGNATURE Robert J Ray     DATE/TIME 3-2-20  5:59 p.m CST

SIGNATURE Sheila Lois Ray     DATE/TIME 3-2-20  5:59 p.m CS

8

*Marilyn Jane*

### Pre-Filing Agreement

By signing this agreement, you are hiring Harris and Harris, PSC (the "Law Firm") to represent you in a chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## 1. *The Work Involved in a Chapter 7 Case*

Below, we will give you two options to pay our fees and the costs of your chapter 7 bankruptcy. Before you make that choice, we want you to understand the work that's involved in a chapter 7 case. That work is divided into three lists:

### *Pre-Filing Services*

- Meeting and consulting with you as needed prior to filing your case;
- Analyzing the information from your intake questionnaire and other documents;
- Providing due diligence, legal analysis and legal advice in order to help you make important legal choices and to comply with the bankruptcy code and rules; and
- Preparing and filing your Chapter 7 Voluntary Petition, Statement about Social Security Numbers, Pre-Filing Credit Counseling Certificate and List of Creditors to start your Chapter 7 case.

### *Post-Filing Services*

- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures;
- Conducting a second signing appointment for you to review and sign your statements and schedules;
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrating and monitoring your case and communicating with you throughout the process;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Noticing your employer to stop any garnishments;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations; and
- Any legal service required by the local rules.

### *Supplemental Post-Filing Services*

- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;



EXHIBIT ___L___

*6*

- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules; and
- Preparing and filing a motion to reinstate the case.

**_Excluded Services_**

      Unless provided otherwise in writing below, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.
- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
- Representing you in any efforts to discharge student loans.
- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing to provide any Excluded Services, they are limited to the following:     N/A

## 2. Your Options to Pay the Court's $335 Filing Fee and Our Attorney Fee

    **A.** <u>Filing Fee</u>

      The Court requires you to pay a $335 filing fee which you must pay before we file your case.  If you are unable to pay the filing fee before your case is filed, you may be able to make payments to the Court or to us as provided below.

    **B.** <u>Attorney Fee</u>

      The Law Firm offers two options for you to pay our attorney fees for your chapter 7 bankruptcy.  You can either **_"Pay Before You File"_** or **_"File Now Pay Later."_**  The costs and other terms of each Option are discussed below, and you must choose one of these two Options that is best for you by writing your initials in the box next to your selection. We will be pleased to represent you under either of these options.

☐   **Option #1 – _Pay Before You File_**

Under this _Pay Before You File_ option, you will only sign this one agreement, and the Law Firm will provide both the Pre-Filing Services and the Post-Filing Services listed above. Our attorney fee for filing and handling your chapter 7 bankruptcy will be $ 1,315.00, plus your $335 filing fee. **This _Pay Before You File_ option is less expensive to you, but:**

    (1) _you are required to pay the full amount of attorney fees before your case is filed,_

    (2) if you require any of the Supplemental Post-Filing Services described above _you will be required to pay additional legal fees_ based on our hourly rates of **$250/hour** for attorney time and **$120/hour** for paralegal time,

    (3) the Law Firm may provide some of the Post-Filing Services before the case is

2

filed, and

(4) if you are unable to pay the $335 filing fee the Court may allow you to pay the $335 in installments after the case is filed. ***Initial here _____ if you are unable to pay the $335 filing fee before your case is filed and want to request that the Court allow you to pay the filing fee in installment payments.***



## Option #2 – *File Now Pay Later*

*This File Now Pay Later option is more expensive to you, but will include more legal services and allow you to pay some or all of our attorney fee (and, if applicable, your filing fee) in installments over twelve (12) months after we file your case.* Under the *File Now Pay Later* option, we will split our work for you into two separate agreements in order to offer you the ability to pay after your case is filed. You may review the second agreement before you sign this agreement.

Under this Pre-Filing Agreement, we will **only provide the Pre-Filing Services listed above**. Our fee for the Pre-Filing Services will be $_____ ☐ ~~which must be paid in full before we file your case~~ and ☐ does ☒ does not include the filing fee. ***The Pre-Filing Services are not all of the tasks that must be completed to successfully complete your chapter 7 case.***

After your case is filed, you will have three choices:

- You can represent yourself in your bankruptcy case (called "proceeding *pro se*");
- You can hire another attorney to represent you in your bankruptcy case; or,
- *Within ten (10) days after your case is filed*, you can enter into a **Post-Filing Agreement** with us.

If you choose to represent yourself or to hire another attorney to represent you (either of which are completely up to you) you will not owe us anything additional. We will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

If you choose to enter into a **Post-Filing Agreement** with us, we will provide you with the Post-Filing Services AND the Supplemental Post-Filing Services listed above, and our fee for these services will be $2,500.00. You will be able to pay this fee over a period of twelve (12) months after we file your case. This fee includes the $335 filing fee (unless you pay the filing fee in advance) and we will not charge you additional fees for the Supplemental Post-Filing Services if they are needed in your case.

You may choose to pay our fee on any of the following payment schedules, and you may choose the date for your first payment so long as it is no later than thirty (30) days after you sign the second fee agreement with the Law Firm.

3

---

### File Now Pay Later
### Payment Options

Choose
One:

☐   52 equal weekly payments of $_____

☐   26 equal bi-weekly payments of $_____

☐   24 equal semi-monthly payments of $_____

☒   12 equal monthly payments of $ _208.33_

**THERE ARE IMPORTANT DISCLOSURES CONCERNING THE *FILE NOW PAY LATER* OPTION THAT ARE FOUND BELOW AND THAT YOU SHOULD READ VERY CAREFULLY BEFORE SELECTING THIS OPTION.**

---

### 3. Information about the Lender the Law Firm Uses so it can Offer the File Now Pay Later Option

If you choose the *File Now Pay Later* option and sign a Post-Filing Agreement, the Law Firm will borrow money on a line of credit that it has with a company called Fresh Start Funding ("FSF"). This helps the Law Firm manage its finances when it offers you payment terms to pay your attorney fees. FSF also assists the Law Firm in managing the payments that you will make.   After your case is filed you will sign a separate Payment Authorization form (you may review this form before you sign this agreement) that authorizes FSF to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information about FSF and the Law Firm's relationship with that company, your understanding of which is acknowledged by you signing this agreement:

A. **Higher Attorney Fee.** As also described above, the *File Now Pay Later* option requires you to pay a higher attorney fee. There are a number of reasons for this:

    a. The Law Firm performs additional work to split your engagement;

    b. The Law Firm takes on risk by allowing you to pay your attorney fee over time instead of collecting the entire fee up front;

    c. The *File Now Pay Later* option provides you with the benefit of a quicker filing than you might obtain if you had to come up with the money to pay in advance;

    d. The *File Now Pay Later* option gives you an opportunity to begin rebuilding your credit score when you make timely payments toward your attorney fee;

    e. With the *File Now Pay Later* option, if you require the Supplemental Post-Filing Services the Law Firm will not charge you additional fees; and

    f. FSF charges a fee for its financing, payment management, credit reporting and other services to the Law Firm, and that fee is equal to 25% of the fees that the Law Firm charges you under the Post-Filing Agreement.

4

B. **Limited Sharing of Information with FSF**. Because FSF will act as the Law Firm's agent to manage your payments, the Law Firm must share limited information with FSF, including your Post-Services Filing Agreement, information about your income and employment, and personal information that you will fill out on the Payment Authorization Form.

C. **Collection Actions**. The Law Firm gives FSF a lien against the amount that you will owe under the Post-Petition Service Agreement, and if the Law Firm fails to meet its obligations to FSF, FSF could choose to take control over your payments to the Law Firm. If this happens and you do not make your payments when they are due, FSF could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

D. **Negative Credit Reporting**. If you fail to make payments toward your attorney fee as agreed in the Post-Filing Agreement, FSF can report negatively on your credit.

E. **Ability to Make Payments**. The statements and schedules that are filed with the court on your behalf may show that your expenses exceed your income. You nonetheless believe that the File Now Pay Later option is the best choice for you and you believe that you can make the required payments to FSF.

F. **Underwriting Guidelines**. FSF has underwriting guidelines for determining which Law Firm clients qualify for the FSF program. If you do not meet the guidelines, the Law Firm reserves the right to not offer the File Now Pay Later option to you. The Law Firm is happy to share the underwriting guidelines with you.

## 4. *Important Information about Conflicts of Interest*

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C. The Law Firm is filing your case hoping that you will sign a Post-Filing Agreement, and this may create a conflict of interest between you and the Law Firm since executing the Post-Filing Agreement will obligate you to make post-filing payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D. As described above, it you choose the *File Now Pay Later* option and enter into a Post-Filing Agreement, the Law Firm will borrow funds from FSF based on the amount that you owe the Law Firm. This may place the Law Firm in conflict with you since the Law Firm expects to receive payments from you in order to repay FSF. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E. If you choose the *File Now Pay Later* option but choose not to sign a Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

F.   If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed *pro se* or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm or FSF started collection actions against you for the attorney fee that you owe under the Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you (please note, however, that FSF has agreed to not commence any collection actions against you so long as the Law Firm represents you). By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

## 5. *Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee*

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A.   <u>Providing Information and Documents to the Law Firm</u>. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B.   <u>Credit Counseling and Financial Management Courses</u>. Before your case is filed, you must complete a credit counseling course and provide the Law Firm with a certificate proving that the course has been completed, and failing to do this will result in your case being dismissed. After your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course also has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C.   <u>Cooperating with the Chapter 7 Trustee</u>. The Bankruptcy Court will appoint a chapter 7 trustee for your case. The trustee will have various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D.   <u>Your Creditor's Meeting and Other Examinations.</u> Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## 6. Additional Important Terms

A. **Unbundling or Limited-Scope Representation.** By signing below, you acknowledge that the Law Firm has expressed that it is ready, willing and able to represent you for your entire chapter 7 case, even if you choose the *File Now Pay Later* option, which will require you to sign a Post-Filing Agreement. If you choose the *File Now Pay Later* option, you further represent that you are not doing this with the intention of having the Law Firm simply file your case and then withdraw, but instead to facilitate you making payments over time for your attorney fee so that you can have an attorney represent you through the entire chapter 7 process.

B. **Chapter 13.** After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. **Required Disclosures.** By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

D. **Credit Reports.** In order to ensure that all of your creditors are listed in your Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, you authorize the Law Firm to obtain such credit reports.

E. **Credit Cards and Non-Dischargeable Debts.** From this point forward, you must not charge anything to any of your credit cards or incur additional debt without first consulting with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

F. **No Right to Dismissal of Your Case.** By signing below you acknowledge that you understand that once your chapter 7 has been filed, you may not be able to voluntarily dismiss your case.

G. **Arbitration of Fee Disputes.** If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program. Either party may initiate fee arbitration by contacting the State Bar.

H. **Electronic Data.** You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be

7

stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

I. **File Retention.** You understand that the Law Firm will only retain your client file for five (5) years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

3:48 p.m. CST

Marilyn Junes  3-5-20
Client                        Date

_____
Client                        Date

Marilyn Junes  3-5-2020
Attorney                    Date  3:48 pm cst

8

### **Post-Filing Agreement**

By signing this agreement, you are hiring Harris and Harris, PSC (the "Law Firm") to continue to represent you in your chapter 7 bankruptcy. This agreement describes the legal services we will provide to you, and the financial and other terms of this relationship. Please read this agreement carefully and let us know if you have any questions about it before signing. Once you sign this agreement, it will be binding on you and the Law Firm and can only be changed or replaced with another signed, written agreement between us.

## *1. The Work Involved to Complete your Chapter 7 Case*

The legal services you may need to complete your Chapter 7, and the services that the Law Firm is agreeing to provide, are as follows:

- Preparing and filing your Statement of Financial Affairs and Schedules;
- Preparing and filing your Means Test calculations and disclosures;
- Conducting a second signing appointment for you to review and sign your statements and schedules;
- Preparing for and attending your Section 341 Meeting of Creditors;
- Administrating and monitoring your case and communicating with you throughout the process;
- Forwarding the Trustee Questionnaire and debtor documents to the Trustee;
- Noticing your employer to stop any garnishments;
- Reviewing and responding to Trustee requests;
- Reviewing and advising you regarding any motions for stay relief;
- Reviewing and advising you regarding any reaffirmation agreements or redemptions;
- Reviewing and advising you regarding any creditor violations;
- Any legal service required by the local rules;
- Reviewing and advising regarding any turnover demands from the Trustee
- Attending any continued Section 341 Meeting of Creditors;
- Reviewing and advising regarding any 2004 exams and attending related exam;
- Reviewing and advising you regarding any audit by the US Trustee;
- Preparing and filing claims or objections to claims when appropriate;
- Reviewing and advising you regarding any lien avoidance matters;
- Drafting and/or negotiating a reaffirmation agreement and attending any related hearing;
- Preparing and filing any amendments to your statements and schedules; and
- Preparing and filing a motion to reinstate the case.

#### *Excluded Services*

Unless provided otherwise in writing below, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters.
- Representing you in any municipal, county, state or other local jurisdiction court matters.

1

- Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).

- Representing you in any efforts to discharge student loans.

- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing to provide any Excluded Services, they are limited to the following:____N/A____

## 2.  *Payment of Costs to Complete your Chapter 7 Case*

By entering into this agreement, you are agreeing to pay the Law Firm $ ~~2,500.00~~ $2,500.00 for the services described above.  You can pay the fee on any of the following twelve (12) month payment schedules, and the date your first payment is due will be ____4/3/2020____ (you can pick any date no later than thirty (30) days after you sign this agreement).

---

**File Now Pay Later**
**Payment Options**

Choose One:

- ☐  52 equal weekly payments of $_____

- ☐  26 equal bi-weekly payments of $_____

- ☐  24 equal semi-monthly payments of $_____

- ☒  12 equal monthly payments of $ 208.33

---

THERE ARE IMPORTANT DISCLOSURES CONCERNING THIS AGREEMENT THAT ARE FOUND BELOW AND THAT YOU SHOULD READ VERY CAREFULLY BEFORE SIGNING THIS AGREEMENT.

## 3.  *Information about the Lender the Law Firm Uses so it can Offer the File Now Pay Later Option*

The Law Firm will borrow money on a line of credit that it has with a company called Fresh Start Funding ("FSF"). This helps the Law Firm manage its finances when it offers you payment terms to pay your attorney fees. FSF also assists the Law Firm in managing the payments that you will make.  At the same time you sign this agreement, you will sign a separate Payment Authorization form (you may review this form before you sign this agreement) that authorizes FSF to collect payments from you electronically through a debit card or ACH transaction. Please read and consider the following information about FSF and the Law Firm's relationship with that company, your understanding of which is acknowledged by you signing this agreement:

A.  **Higher Attorney Fee.** As described in the previous agreement you signed with the Law Firm, the *File Now Pay Later* option requires you to pay a higher attorney fee. There are a number of reasons for this:

a.  The Law Firm performs additional work to split your engagement;

2

b. The Law Firm takes on risk by allowing you to pay your attorney fee over time instead of collecting the entire fee up front;

c. The *File Now Pay Later* option provides you with the benefit of a quicker filing than you might obtain if you had to come up with the money to pay in advance;

d. The *File Now Pay Later* option gives you an opportunity to begin rebuilding your credit score when you make timely payments toward your attorney fee;

e. The Law Firm will not charge you additional fees for certain services that if required would otherwise cost you more if you had paid the entire fee before your case was filed; and

f. FSF charges a fee for its financing, payment management, credit reporting and other services to the Law Firm, and that fee is equal to 25% of the fees that the Law Firm charges you under this Post-Filing Agreement.

B. **Limited Sharing of Information with FSF.** Because FSF will act as the Law Firm's agent to manage your payments, the Law Firm must share limited information with FSF, including this Post-Services Filing Agreement, information about your income and employment, and personal information that you will fill out on the Payment Authorization Form.

C. **Collection Actions.** The Law Firm gives FSF a lien against the amount that you will owe under the Post-Petition Service Agreement, and if the Law Firm fails to meet its obligations to FSF, FSF could choose to take control over your payments to the Law Firm. If this happens and you do not make your payments when they are due, FSF could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

D. **Negative Credit Reporting.** If you fail to make payments toward your attorney fee as agreed in this Post-Filing Agreement, FSF can report negatively on your credit.

E. **Ability to Make Payments.** The statements and schedules that are filed with the court on your behalf may show that your expenses exceed your income. You nonetheless believe that the File Now Pay Later option is the best choice for you and you believe that you can make the required payments to FSF.

F. **Underwriting Guidelines.** FSF has underwriting guidelines for determining which Law Firm clients qualify for the FSF program. If you do not meet the guidelines, the Law Firm reserves the right to not offer the File Now Pay Later option to you. The Law Firm is happy to share the underwriting guidelines with you.

## 4. Important Information about Conflicts of Interest

A conflict of interest is a situation where the Law Firm's interest and your interest are, or could be, in conflict. There are a number of actual or potential conflicts of interest that we need to disclose to you.

A. Pursuant to the Rules of Professional Conduct, the Law Firm cannot act as your counsel to help you decide whether to enter into this agreement. Nonetheless, we can explain this agreement to you and by signing this agreement you agree that we fully explained the terms of this agreement to you and answered any questions you had regarding the matters described in this agreement.

B. There is an inherent conflict whenever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee for our services. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

C. You are not required to sign this Post-Filing Agreement but the Law Firm filed your case hoping that you would sign it, and this creates a conflict of interest between you and the Law Firm since executing this

3

Post-Filing Agreement obligates you to make payments that will not be discharged in your bankruptcy. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this conflict.

D.  The Law Firm will borrow funds from FSF based on the amount that you owe the Law Firm. This may place the Law Firm in conflict with you since the Law Firm expects to receive payments from you in order to repay FSF. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

E.  If you choose not to sign this Post-Filing Agreement, the Law Firm may file a motion to withdraw from your case, which may create a conflict of interest if you do not want the Law Firm to withdraw. By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

F.  If, in our opinion, a non-waivable conflict arises during our representation of you, we will be required to withdraw from your case and you will need to either proceed *pro se* or retain another attorney and incur additional legal fees. One example of a non-waivable conflict would be if the Law Firm or FSF started collection actions against you for the attorney fee that you owe under this Post-Filing Agreement. If that happens, the Law Firm ethically would no longer be able to represent you (please note, however, that FSF has agreed to not commence any collection actions against you so long as the Law Firm represents you). By signing this agreement, you acknowledge that you understand this explanation and give your informed consent to waive this potential conflict.

# 5. *Your Obligations to the Law Firm, the Bankruptcy Court, and the Trustee*

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

A.  **Providing Information and Documents to the Law Firm**. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

B.  **Credit Counseling and Financial Management Courses**. Before your case was filed, you completed a credit counseling course. Now that your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

C.  **Cooperating with the Chapter 7 Trustee**. The Bankruptcy Court appointed a chapter 7 trustee for your case. The trustee has various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By

signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

D. **Your Creditor's Meeting and Other Examinations.** Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors," or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## 6. Additional Important Terms

A. **Unbundling or Limited-Scope Representation.** By signing below, you acknowledge that prior to you signing this agreement, the Law Firm expressed that it was ready, willing and able to represent you for your entire chapter 7 case, even though you chose the *File Now Pay Later* option which requires you to sign this Post-Filing Agreement. You further represent that you did not enter into the first agreement with the Law Firm with the intention of having the Law Firm simply file your case and then withdraw, but instead to facilitate you making payments over time for your attorney fee so that you can have an attorney represent you through the entire chapter 7 process.

B. **Chapter 13.** After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

C. **Required Disclosures.** By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

D. **Non-Dischargeable Debts.** Obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

E. **No Right to Dismissal of Your Case.** By signing below you acknowledge that you understand that once your chapter 7 was filed, you may not be able to voluntarily dismiss your case.

F. **Arbitration of Fee Disputes.** If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program. Either party may initiate fee arbitration by contacting the State Bar.

G. **Electronic Data.** You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of

communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

H. **Right of Rescission.**   If you wish to cancel this agreement, you must notify us in writing of the cancellation within three (3) business days from the date you sign.   If you cancel, we will ask the bankruptcy court to allow us to withdraw as your lawyer in accordance with the bankruptcy rules, but we will continue to represent you in the case and perform all necessary services until and unless the bankruptcy court allows us to withdraw.

I. **File Retention.** You understand that the Law Firm will only retain your client file for ___5___ years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

_Marilyn Turner_   3-5-20   4:34 p.m cst
_____        _____
Client                     Date/Time               Client               Date/Time

_signature_   3/5/2020
_____        _____
Attorney                   Date        4:34 pm cst

6

RECURRING PAYMENT AUTHORIZATION & CONSENT FORM

Debtor/Co-Debtor Name(s): *Marilyn L. Janes*

Law Firm Name: *Harris and Harris PSC*          Contract Amount: $ *2,500.00*

**Payment Plan** (*pick only one*)

☐ **52 Weekly Payments**, every _____ (day of the week), starting on ___ __ / ___ __ / ___ ___ ___ ___

☐ **26 Bi-Weekly Payments**, every other _____ (day of the week), starting on ___ __ / ___ __ / ___ ___ ___ ___

☐ **24 Semi-Monthly Payments**, every _____ and _____ (dates of the month), starting on ___ __ / ___ __ / ___ ___ ___ ___

☒ **12 Monthly Payments**, every *3cd* (date of the month), starting on *04 / 03 / 2020*

**Debit Card & Bank Account Information** (*fill in all fields*)

Name on Debit Card/Account: *Marilyn Janes*

Debit Card No.: ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___

Card Expires: ___ ___ / ___ ___ (Month/Year)       CVV/CVC (3-digit code on back of card) ___ ___ ___

Billing Street Address: *2921 Russell Springs Road Apt 101*

City *Columbia*                      State *KY*        Zip Code *42728*

Bank Name: *United Citizens Bank*                      ☐ Checking   ☐ Savings

Account Number: _____          Routing Number: *0222*

**General Information** (*fill in all applicable fields*)

Debtor's Email: _____          Debtor's Cell Phone: *(270) 634 4515*

Debtor's SSN. _____          Debtor's Date of Birth: ___ ___ ___

Co-Debtor's Email: *mjanes1969@gmail.com*   Co-Debtor's Cell Phone: (_____) ___ ___ - ___ ___ ___

Co-Debtor's SSN: ___ ___ ___ - ___ ___ - ___ ___ ___ ___   Co-Debtor's Date of Birth: ___ / ___ / ___ ___ ___

*By signing below, the person or persons listed above as "Debtor" and/or "Co-Debtor" (i) authorize Fresh Start Funding ("FSF"), as an agent of the Law Firm, to collect the payments described above and debit the listed debit card and/or bank account until the Contract Amount is paid in full, (2) authorize their depository institution to debit the same to their account, (3) agree that the Law Firm may collaterally assign to FSF the payments due the Law Firm as collateral for financing, (4) authorize FSF to communicate with them via mail, e-mail, text, and/or telephone, (5) agree that if a payment does not process for any reason, the payment may be re-attempted multiple times and on different dates until the payment clears, even if it means the end date of this payment contract will be extended, (6) agree that FSF may accept and rely upon telephonic or electronic communications from them confirming modified payment terms, (7) agree that an additional $25.00 may be charged for each returned payment, which charge may be debited from their account separately from their regular recurring payment, and (8) certify that they are an authorized user of this debit card and/or bank account.*

SIGNATURE *Marilyn Janes*                      DATE/TIME *3-5-20  4:34pm CST*

SIGNATURE _____                      DATE/TIME _____