UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| IN RE: | ) | | |
|---|---|---|---|
| | ) | | |
| Ricky Baldwin and Lorie Jean Baldwin | ) | CASE NO. | 20-10009(1)(7) |
| Melissa Ann Maddox | ) | | 20-10037(1)(7) |
| Jimmy Michael Lawhorn | ) | | 20-10048(1)(7) |
| Aaron Deon Hadley and Emily Belle Hadley | ) | | 20-10068(1)(7) |
| Darrell Wayne Ollery and Donna Kay Ollery | ) | | 20-10084(1)(7) |
| Sheila Joan Carlton | ) | | 20-10088(1)(7) |
| Gregory Ryan Baldock | ) | | 20-10158(1)(7) |
| Stephen Allen Thomas | ) | | 20-10207(1)(7) |
| Robert Lloyd Ray and Sheila Lois Ray | ) | | 20-10211(1)(7) |
| Marilyn L. James | ) | | 20-10225(1)(7) |
| Heather Renee Hutchins | ) | | 20-30066(3)(7) |
| | ) | | |
| Debtor(s) | ) | | |

## ORDER GRANTING MOTION TO RECONSIDER

This matter having come before the Court on the Motion to Reconsider or Set Aside Memorandum Decision and Related Orders and to Allow a Response and a Hearing filed by Harris and Harris, PSC, and the Court having considered the filings of record in this matter, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the motion is hereby GRANTED. Said Memorandum Decision dated October 5, 2021, and related orders are hereby SET ASIDE to allow for the filing of a response and hearing by Harris and Harris, PSC and/or Michael L. Harris.

Tendered by:

Scott A. Bachert
KERRICK BACHERT PSC
P O Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160