UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ricky and Lorie Baldwin, et al. | ) | CASE NO. 20-10009, et al. |
| (Lead Case re: Bifurcated Fee Agreements | ) | CHAPTER 7 |
| and Related Proceedings) | ) | |
|      Debtor(s) | ) | |
| | ) | |

## MOTION TO ALLOW JOSEPH E. COTTERMAN, ESQ. TO APPEAR *PRO HAC VICE*

I, Scott A. Bachert, Esq., a member in good standing of the bar of the Commonwealth of Kentucky and this Court and counsel of record in this action, respectfully move for the *pro hac vice* admission of Joseph E. Cotterman, Esq. ("Cotterman"), for the purpose of representing counsel, Michael E. Harris ("Harris") and Nick Thompson ("Thompson"), in the above matter. In support of this Motion, the undersigned states as follows:

1.    Attorney Cotterman has been retained by Harris and Thompson to represent him in connection with this action. Cotterman, along with myself, will represent, Harris and Thompson.

2.    Mr. Cotterman is located at 5323 West Oraibi Drive, Glendale, AZ 85308.  His telephone number is 480-353-0540. Mr. Cotterman's email address is joe@jeclaw.us.

3.    Mr. Cotterman is admitted to, and has been a member in good standing of, the Bar of the State of Arizona  since 1991.  A copy of his certificate of good standing from the highest court of the State of Arizona has been requested, but has not yet been received from the Clerk of the Arizona Supreme Court.  Once the certificate of good standing is received, it will be filed of record with this Court.

4.     Mr. Cotterman has never been disbarred or suspended from the practice of law; he has been subject to one admonition from the State Bar of Arizona, in 2014, as more fully described in his accompanying affidavit.

5.     As set forth in the attached Affidavit, Mr. Cotterman acknowledges and understands that, by appearing *pro hac vice* in this action, he is submitting to the disciplinary jurisdiction of this Court and the Rules of the Supreme Court of the Commonwealth of Kentucky. Further, as reflected in this Court's "Case Management/Electronic Case Files Filer Registration Form" that Mr. Cotterman completed, he has completed ECF training, and been certified to file electronically, in the United States Bankruptcy Court for the District Of Arizona.

6.     Has used the training website for the Court's Electronic Case Filing System, and is familiar with the ECF system through years of training and use of the ECF system in the Bankruptcy Court for the District of Arizona.

7.     The required Affidavit is included herewith, and the requited fee has been paid via the Court's Electronic Case Filing System.

This 18th day of February, 2022.

KERRICK BACHERT PSC
1025 State Street
P O Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160
Facsimile:  (270) 782-5856
Email: *sbachert@kerricklaw.com*


/s/Scott A. Bachert
SCOTT A. BACHERT

## CERTIFICATE OF MAILING

I hereby certify that on this 18th day of February, 2022, I electronically filed the foregoing Motion to Allow Joseph E. Cotterman, Esq. to Appear *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those participants in the CM/ECF system.

Timothy E. Ruppel,
Office of the United States Trustee
tim.ruppel@usdoj.gov


/s/ Scott A. Bachert
SCOTT A. BACHERT

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ricky and Lorie Baldwin, et al. | ) | CASE NO. 20-10009, et al. |
| (Lead Case re: Bifurcated Fee Agreements | ) | CHAPTER 7 |
| and Related Proceedings) | ) | |
|     Debtor(s) | ) | |
| | ) | |

**<u>ORDER</u>**


Considering the Motion to Allow Joseph E. Cotterman, Esq. to Appear *Pro Hac Vice*, it is:

**ORDER** by the Court that attorney, Joseph E. Cotterman is hereby **GRANTED** admission

*Pro Hac Vice* in the above reference matter.


Tendered by:


*/s/Scott A. Bachert*
KERRICK BACHERT PSC
1025 State Street
P O Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160
Facsimile:  (270) 782-5856

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                          )
                                                )
Ricky and Lorie Baldwin, et al.                 )          CASE NO. 20-10009, et al.
(Lead Case re: Bifurcated Fee Agreements        )          CHAPTER 7
and Related Proceedings)                        )
      Debtor(s)                             )
_____             )


## AFFIDAVIT OF JOSEPH E. COTTERMAN, ESQ.

1.      I am co-counsel for Michael E. Harris and Nick Thompson, in connection with the above referenced matter.

2.      I am currently duly licensed in good standing to practice law in the State of Arizona.

3.      I am not currently, nor have I ever been, suspended or disbarred from any court.  I was admonished by the Arizona State Bar once, in 2014.  According to the Arizona State Bar in that matter, "an admonition is a sanction that is generally imposed in cases where the conduct is of a nature that does not necessitate formal disciplinary proceedings."  The admonition stemmed from my participation in a provisional remedy proceeding on behalf of my former firm Gallagher & Kennedy ("G&K"), wherein the firm was seeking to recover approximately a million dollars in fees owed by an individual the firm had terminated as a client.  Shortly thereafter, in the litigation where G&K represented that client (I was not personally involved in that representation), the court denied the firm's request to withdraw and required one of my partners to continue the

representation, at which point the collection action was suspended. However, the previous provisional remedy proceedings gave rise to an investigation and ultimately the admonition.[1]

4.      Unless permitted to withdraw by Order of this Court, I will represent counsel, Michael E. Harris and Nick Thompson, in this and any associated matters, in all respects as if I were a regularly admitted and licensed member of the Kentucky Bar.

5.      I hereby consent to be subject to all jurisdiction and Rules of the Kentucky Supreme Court governing professional conduct.

6.      As reflected in this Court's "Case Management/Electronic Case Files Filer Registration Form", I have completed the training, and been certified to file electronically, in the United States Bankruptcy Court for the District Of Arizona.


_____
JOSEPH E. E. COTTERMAN, ESQ.
5232 West Orabibi Drive
Glendale, AZ 85308
P: 480-353-0540
Email: Joseph E.@jeclaw.us



STATE OF ARIZONA                    )
                                    )
COUNTY OF _____ )

        On February ____, 2022, **Joseph E. Cotterman, Esq**. personally appeared before me, and after being duly sworn, did acknowledge said instrument to be his own voluntary act and deed.


_____
Notary Public
My Commission Expires: _____
Notary No. _____

_____

[1] Other G&K attorneys were more significantly disciplined; I was only admonished. The admonition, in substance, admonished me to, in the future, double and triple check to ensure that a representation is fully, finally, and formally terminated prior to any action against a client to collect fees.