UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ricky and Lorie Baldwin, et al. | ) | CASE NO. 20-10009, et al. |
| (Lead Case re: Bifurcated Fee Agreements | ) | CHAPTER 7 |
| and Related Proceedings) | ) | |
| Debtor(s) | ) | |
| | ) | |

## **DECLARATION OF JOSEPH E. COTTERMAN, ESQ.**

1. I Joseph E. Cotterman, hereby make this declaration regarding the *Motion To Allow Joseph E. Cotterman, Esq. To Appear Pro Hac Vice* to which this declaration is attached (the "Motion"). In connection therewith, I hereby declare as follows:

2. I am co-counsel for Michael E. Harris and Nick Thompson, in connection with the above referenced matter.

3. I am currently duly licensed in good standing to practice law in the State of Arizona.

4. I am not currently, nor have I ever been, suspended or disbarred from any court. I was admonished by the Arizona State Bar once, in 2014. According to the Arizona State Bar in that matter, "an admonition is a sanction that is generally imposed in cases where the conduct is of a nature that does not necessitate formal disciplinary proceedings." The admonition stemmed from my participation in a provisional remedy proceeding on behalf of my former firm Gallagher & Kennedy ("G&K"), wherein the firm was seeking to recover approximately a million dollars in fees owed by an individual the firm had terminated as a client. Shortly thereafter, in the litigation where G&K represented that client (I was not personally involved in that representation), the court denied the firm's request to withdraw and required one of my partners to continue the

representation, at which point the collection action was suspended. However, the previous provisional remedy proceedings gave rise to an investigation and ultimately the admonition.[1]

5.      Unless permitted to withdraw by Order of this Court, I will represent counsel, Michael E. Harris and Nick Thompson, in this and any associated matters, in all respects as if I were a regularly admitted and licensed member of the Kentucky Bar.

6.      I hereby consent to be subject to all jurisdiction and Rules of the Kentucky Supreme Court governing professional conduct.

7.      As reflected in this Court's "Case Management/Electronic Case Files Filer Registration Form", I have completed the training, and been certified to file electronically, in the United States Bankruptcy Court for the District Of Arizona.

8.      I understand that pursuant to 28 U.S.C. §1746, this Declaration and my statements herein have the same force and effect as if made under oath in a sworn Affidavit. I declare under penalty of perjury that the foregoing statements in this Declaration are true, correct, and accurate to the best of my knowledge, information, and belief. If called to testify regarding the foregoing facts and statements, my testimony would be consistent with all the foregoing.

*/s/ Joseph E. Cotterman*
JOSEPH E. E. COTTERMAN, ESQ.
5232 West Orabibi Drive
Glendale, AZ 85308
P: 480-353-0540
Email: joe@jeclaw.us

---

[1] Other G&K attorneys were more significantly disciplined; I was only admonished. The admonition, in substance, admonished me to, in the future, double and triple check to ensure that a representation is fully, finally, and formally terminated prior to any action against a client to collect fees.