UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ricky and Lorie Baldwin, et al. | ) | CASE NO. 20-10009, et al. |
| (Lead Case re: Bifurcated Fee Agreements | ) | CHAPTER 7 |
| and Related Proceedings) | ) | |
|     Debtor(s) | ) | |
| | ) | |

## **ORDER**

Considering the Motion to Allow Joseph E. Cotterman, Esq. to Appear *Pro Hac Vice*, it is:

**ORDER** by the Court that attorney, Joseph E. Cotterman is hereby **GRANTED** admission *Pro Hac Vice* in the above reference matter.

Tendered by:

*/s/Scott A. Bachert*
KERRICK BACHERT PSC
1025 State Street
P O Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160
Facsimile:  (270) 782-5856