# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| RICKY AND LORIE BALDWIN, et al. | ) | Case No. 20-10009 et al |
| (Lead Case re Bifurcated Fee Agreements | ) | Chapter 7 |
| and Related Proceedings | ) | |
| | ) | |
| Debtor(s) | ) | |

### Agreed Pre-Trial Status Conference Scheduling Order

This matter came before the Court on February 23, 2022, on an Initial Pre-trial Status Conference on the Motions of the UST for Examination of Fees as filed on November 4, 2021 (in each case) and the Objection as filed by Attorney Thompson (DOC 63) on December 3, 2021 (hereinafter jointly referred to as Contested Matters). The Court having considered statements of counsel and their respective positions, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED:

(A) **Initial Disclosures**: As contemplated by Rule 7026 (a) (1) is not necessary or appropriate in the Contested Matter.

(B) **Evidentiary Hearing**: A consolidated Evidentiary Hearing in the Contested Matters is scheduled for August ____ 2022 at _____ (EST) in Courtroom #1, Fifth Floor, (7th Street Elevators) Gene Snyder U.S. Courthouse, 601 West Broadway, Louisville, Kentucky. All Parties are Directed to Appear.

(C) **Final Pre-Trial Status Hearing:** A consolidated Final Pre-Trial Status Hearing in the Contested Matters is scheduled for July __ 2022 at ____ EST in in Courtroom #1, Fifth Floor, (7th Street Elevators) Gene Snyder U.S. Courthouse, 601 West Broadway, Louisville, Kentucky by which time discovery shall be completed. Within 7 days prior to the Pre-Trial Status Hearing both parties shall file a Joint Pre-Trial Statement with the Court which includes:

    a. Statement of Uncontested Material Facts

    b. Statement of Contested Material Facts

    c. Statement of Contested Legal Issues

    d. Brief Summary of what the evidence will tend to prove.

     (D)    **Disclosure of Experts**: Pursuant to Federal Rule 7026 the identity of any expert witness anticipated to be used at the evidentiary hearing in this Contested Matter under Federal Rule of Evidence 702,703 or 704 (along with any written report of said witness) shall be served upon opposing counsel on or before June 1, 2022, and any Rebuttal Expert disclosures shall be served upon opposing counsel on or before July 1st, 2022.

     (E)    **Exhibit and Witness Lists:**   Regarding evidence that a party may present at the Evidentiary Hearing other than solely for impeachment, the parties shall file exhibit and witness lists, and designations of deposition transcripts by page and line number, on or before the 14th day prior to the Evidentiary Hearing. Except for Documents and Exhibits used solely for impeachment, on or before the 14th day prior to the Evidentiary Hearing the parties shall serve upon the opposing party copies of each Document and/or written Exhibit, in addition to electronically filing and providing to the Court three (3) copies of said Document and/or written Exhibit and said Exhibits shall be pre-marked as Plaintiff and/or Defendant's Exhibits and filed in binders. Exhibits need to be pre-marked in compliance with the WDKY Clerks Office's Administrative Manual. Any Written Objections to Authenticity and Admissibility of any of the Proposed Exhibits required to be filed in advance of the Evidentiary Hearing shall be filed on or before the 7th day prior to the Evidentiary Hearing. An objection not so made – except for one under Fed. R. Evid. 402 or 403 – is waived unless excused by the Court for good cause.

IT IS FINALLY ORDERED that a party who without substantial justification fails to disclose information as required shall not be permitted to use such evidence, witnesses, or information at trial unless such failure to disclose is harmless. Failure to comply with this Order may result in dismissal of the case and/or other appropriate sanctions.

**Proposed Order Tendered By**

Timothy E. Ruppel
Office of the United States Trustee
601 W. Broadway Suite 512
Louisville KY 40202
502-587-6000 (230)
Tim.ruppel@usdoj.gov

**Proposed Order Seen and Agreed to By:**

*/s/ Scott Bachert*
Attorney for Nick Thompson
Scott A. Bachert, Esq.
Kerrick Bachert, PSC
P.O. Box 9547
Bowling Green, KY 42101
Tel: (270) 782-8160
sbachert@kerricklaw.com