UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                          )
                                                )
Ricky and Lorie Baldwin, et al.                 )          CASE NO. 20-10009, et al.
(Lead Case re: Bifurcated Fee Agreements        )          CHAPTER 7
and Related Proceedings)                        )
         Debtor(s)                              )          **Notice Of Filing Exhibit To Pro
                                                )          Hac Vice Motion**
_____)


        Joseph E. Cotterman, admitted pro hac vice in the cases captioned above, hereby files

and provides notice thereof, Exhibit A to his Motion For Attorney Joseph E. Cotterman To

Appear Pro Hac Vice, filed February 18, 2022 at ECF docket number 77 (the "Motion").  Exhibit

A to the Motion is a Certificate Of Good Standing regarding Mr. Cotterman issued by the

Supreme Court of the State of Arizona.


        Electronically filed March 22, 2022.


                                                */s/Joseph E. Cotterman*
                                                JOSEPH E. COTTERMAN
                                                **LAW OFFICES OF JOSEPH
                                                E. COTTERMAN, PLLC**
                                                5232 West Oraibi Drive
                                                Glendale, AZ 85308
                                                Telephone:  (480) 353-0540
                                                joe@jeclaw.us
                                                Co-counsel, admitted pro hac vice
                                                for Mr. Harris

# EXHIBIT A

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE STATE OF ARIZONA

———————————————————

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### **JOSEPH E. COTTERMAN**

*was on the 26th day of October, 1991 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; during the past 10 years, this attorney has had discipline imposed upon him in the form of Probation, Costs and Admonition on January 29, 2014, and that his name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.*

*Given under my hand and the seal of said Court this 25th of February, 2022*

*TRACIE K. LINDEMAN, Clerk*

*By* _____
*Liz Gomez*
*Deputy Clerk III*