UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ricky and Lorie Baldwin, et al. | ) | CASE NO. 20-10009, et al. |
| (Lead Case re: Bifurcated Fee Agreements | ) | CHAPTER 7 |
| and Related Proceedings) | ) | |
|     Debtor(s) | ) | |
| | ) | |

### ORDER GRANTING MOTION TO FILE SUR-REPLY MEMORANDUM

This matter having come before the Court on Motion of counsel for Michael Harris, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that counsel for Michael Harris may file a Sur-Reply Memorandum on or before April 15, 2022.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: April 6, 2022

Tendered by:

/s/Scott A. Bachert
SCOTT A. BACHERT
KERRICK BACHERT PSC
1025 State Street
P O Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160