UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ricky and Lorie Baldwin, et al. | ) | CASE NO. 20-10009, et al. |
| (Lead Case re: Bifurcated Fee Agreements | ) | CHAPTER 7 |
| and Related Proceedings) | ) | |
|     Debtor(s) | ) | |
| | ) | |

**AGREED ORDER TO HOLD RULING ON UST MOTION
FOR ORDER REQUIRING THE RETURN OF FEES PAID
ON CANCELLED ATTORNEY FEE AGREEMENT IN ABEYANCE**

This matter having come before the Court on the agreement of the United States Trustee and attorney Michael Harris, by and through their respective counsel, requesting the Court to hold in abeyance any ruling on the United States Trustee's Motion for Order Requiring the Return of Fees Paid on Canceled Attorney Fee Agreement (Doc #70) for a period of 45 days to allow the parties to engage in settlement negotiation, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Court shall hold in abeyance its ruling on the United States Trustee's Motion for Order Requiring the Return of Fees Paid on Canceled Attorney Fee Agreement (Doc #70) for a period of 45 days at which time this matter will once again be taken under submission.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: June 13, 2022

HAVE SEEN AND AGREED:

*/s/ Timothy E. Ruppell w/permission*
TIMOTHY E. RUPPELL
Assistant U.S. Trustee
601 W. Broadway, Suite 512
Louisville, KY  40202
Telephone:  (502) 582-6000

*/s/ Joseph E. Cotterman w/permission*
JOSEPH E. COTTERMAN
Law Offices of Joseph E. Cotterman, PLLC
5232 West Oraibi Drive
Glendale, AZ  85308
Telephone:  (480) 353-0540

*/s/ Scott A. Bachert*
SCOTT A. BACHERT
KERRICK BACHERT PSC
1025 State Street
P O Box 9547
Bowling Green, KY  42102-9547
Telephone: (270) 782-8160