UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ricky and Lorie Baldwin, et al. | ) | CASE NO. 20-10009, et al. |
| (Lead Case re: Bifurcated Fee Agreements | ) | CHAPTER 7 |
| and Related Proceedings) | ) | |
| Debtor(s) | ) | |
| | ) | |

## ORDER APPROVING COMPROMISE AND SETTLEMENT BETWEEN THE UNITED STATES TRUSTEE AND MICHAEL L. HARRIS REGARDING MOTION FOR RETURN OF FEES

This matter came before the Court on the *JOINT MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN THE UNITED STATES TRUSTEE AND MICHAEL L. HARRIS REGARDING MOTION FOR RETURN OF FEES* filed on January 17, 2023 at ECF docket number 121 in the matter captioned above (the "Motion"). The Court has considered the Motion, and notes that after notice and opportunity to object, no objections were filed with the Court. The Court further notes the consent of both the United States Trustee, and attorney Michael Harris ("Mr. Harris") to entry of this Order as evidenced by the consenting signatures of their respective counsel below.

Based on the foregoing, the Court concludes that there is good cause to grant the relief requested in the Motion. Accordingly,

**IT IS HEREBY ORDERED AS FOLLOWS**:

A. The Motion is APPROVED according to its terms.

  B. The Operative Terms as titled and set forth in Section III, ¶¶9-23 of the Motion are incorporated herein and shall be effective as binding terms of this Order as though fully set forth herein.

THE FOLLOWING PARTIES AGREE TO THE FORM, CONTENT, AND ENTRY OF THE ORDER SET FORTH ABOVE

/s/Timothy E. Ruppell (w/consent)
TIMOTHY E. RUPPELL
Assistant U.S. Trustee
601 W. Broadway, Suite 512
Louisville, KY  40202
Telephone:  (502) 582-6000

/s/Joseph E. Cotterman (w/consent)
JOSEPH E. COTTERMAN
Law Offices of Joseph E. Cotterman, PLLC
5232 West Oraibi Drive
Glendale, AZ  85308
Telephone:  (480) 353-0540

/s/Scott A. Bachert
SCOTT A. BACHERT
KERRICK BACHERT PSC
1025 State Street
P O Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160